Exhibit 1

Amyiah Cohoon
MRN: 170830

# Divine Savior Healthcare

2817 New Pinery Road
Portage, WI 53901
608-742-4131

**Discharge Instructions for:** Cohoon, Amyiah L
**Arrival Date:** Sunday, March 22, 2020

Thank you for choosing **Divine Savior Healthcare** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Jackson, Thomas, MD
Swan, James, APNP

**Diagnosis:** Acute upper respiratory infection, unspecified

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Upper Respiratory Infection, Adult | Patient Med Card<br>Medication Reconciliation<br>Narcotics Handout<br>DSHC - You Are Important Flyer_files.htm |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Emergency Department**<br>  When: As needed; Reason: Worsening of condition<br>**Ellsworth, Karen**<br>  When: As needed; Reason: Worsening of condition | Albuterol Sulfate<br>None |
| **SPECIAL NOTES** | |
| Delsym as needed for cough.<br>Acetaminophen 650mg every 6 hours as needed for fever and pain. If not effective can add ibuprofen 400mg every 8 hours as needed.<br>Use the inhaler every 6 hours for the first 3 days then as needed. | |

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.