Exhibit 2

Amyiah Cohoon
MRN: 170830

# Divine Savior Healthcare
## Emergency Department
2817 New Pinery Road
Portage, WI 53901
608-742-4131

03/22/2020

## WORK RELEASE FORM

This notice verifies that Angela Cohoon accompanied their family member/friend to our emergency department on the above printed date.

Patient was employee's:

☑ Child

☐ Spouse

☐ Other Family Member (Specify _____)

☑ Other (Specify Amyiah Cohoon has symptoms consistent with COVID-19 )

MD/RN SIGNATURE _____

PATIENT COPY

Page 1 of 1