Exhibit 5



amyiahcohoon1 57m

I am finally home after being hospitalized for a day and a half. I am still om breathing treatment but ave beaten the corona virus. Stay home and be safe ♥