Exhibit 6

```
04/07/20                Marquette County Sheriff's Office                              0
09:58                        Detail Incident Report                       Page:       1

Incident #: 20-S00970


LAW INCIDENT:
--------------

Nature: JUVENILE PROB     Address: 207 FRAN CT
Location:                 City: OXFORD                  ST: WI  Zip: 53952

Offense Codes: JUVP
Received By: Rozak, H         How Received: Telephone         Agency: MASO
Rspndg Officers: Klump, C
Rspnsbl Officer: Zauner, J    Disposition: Closed Case       on 04/06/20
When Reported: 18:21:11 03/27/20
Occurred: Between 18:21:11 03/27/20   and 18:21:11 03/27/20


Assigned_To         Detail   Date_Assigned   Status   Status_Date    Due_Date
----------------    ------   -------------   ------   -----------    --------
                             **/**/**                 **/**/**       **/**/**
Case History:
-------------


Radiolog:
---------


Unit: 207       Enroute: 18:52:52 03/27/20       Arrived: 18:56:48 03/27/20
                Completed: 19:30:50 03/27/20
INVOLVEMENTS:
-------------

  Type          Record #        Date            Relationship
  ----          --------        ----            ------------
  nmmain          4037          04/06/20        Questioned
  nmmain         55280          04/06/20        Questioned
  nmmain         70608          03/30/20        Mentioned
  nmmain         72161          03/30/20        Mentioned
  nmmain         81216          03/30/20        Suspect
  nmmain         90427          04/06/20        Mentioned
  nmmain         90428          04/06/20        Mentioned
  nmmain         90429          04/06/20        Questioned
  nmmain          4486          03/27/20        Complainant
  cdcall        136410          03/27/20        Initiating Call
----------------------------------------------------------------------------

REPORTEES:
----------

NAME: MARQUETTE CO HUMAN SERVICES                     Name Number: 4486
Race:       Sex:       DOB: **/**/**
Address: 428 UNDERWOOD AV, MONTELLO, WI 53949
Home Phone: (608)297-3124          Work Phone: (608)297-8718 FAX
```

```
Incident #: 20-S00970


SUSPECTS:
---------


NAME:   COHOON, AMYIAH L.                            Name Number: 81216
Race: W   Sex: F   DOB: 02/19/04   Height: ' "  Weight: 0   Hair:    Eyes:
Address: 207 FRAN CT, OXFORD, WI 53952
Home Telephone: (608)450-2049       Work Telephone: (   )   -
```

Incident #: 20-S00970

NARRATIVE:
----------

Incident #: 20-S00970

Juvenile Problem/Klump

## INITIAL INFORMATION

On 03-27-2020, I Sgt. Cameron Klump was on duty for the Marquette County Sheriff's Office, operating fully marked squad, dressed in full Department uniform. I was assigned to section 3 for my shift of 3 PM to 3 AM. At approximately 1821 hours, I was advised by the dispatch center to make contact with Sheriff Konrath as he had a complaint that he was looking for me to investigate.

## ORIGIN

Upon making contact with Sheriff Konrath he advised that he had been contacted by the Marquette County Health Department, advising that a Juvenile Female who I know from prior contacts as ▓▓▓▓▓▓▓▓, F/W DOB ▓▓▓▓▓▓, had posted on her social media, that she had beat the Covid 19 and the Health Department was advising that ▓▓▓▓ had tested negative for Covid 19 and this was now causing issues with parents within the Westfield School District as ▓▓▓▓ was on a recent Band trip with numerous students from Westfield approximately 2 weeks prior. Sheriff Konrath advised he wished for me to respond to the residence and have the post removed from her social media.

## ARRIVAL

At approximately 1856 hours, I arrived at 207 Fran Court, in the Village of Oxford, where I attempted contact at the residence. Upon approaching the doorway I observed there to be female, who I know from prior contacts to be ▓▓▓▓ standing there and upon knocking at the door, she did answer it and I advised I wished to speak to her father, who was identified as Richard A. Cohoon, M/W DOB ▓▓▓▓▓▓, who I also know from prior police contacts.

Upon making contact with Richard, he stepped outside to speak with me and I advised him that I was here over an issue with his daughter and Covid 19. Richard then began to describe to me ▓▓▓▓'s medical history over the course of the last week where she was experiencing symptoms of Covid 19. Richard describes that ▓▓▓▓ started experiencing a slight fever and dry cough, and difficulty breathing on Sunday, at which time she was transported by family down to Divine Savior Hospital for evaluation. He states she was then released from Divine Savior with a diagnosis of an upper respiratory infection with symptoms associated with Covid 19, she was released with an inhaler and advised to be quarantined at home. She was never tested for Covid 19 at that time. Then on Wednesday, her symptoms became worse and they again went to Divine Savior Hospital where she was ultimately transported via ambulance to children's hospital in Madison and while down there she was tested for Covid 19 and the test results were negative. Richard was very upset with the medical process due to all of the Covid 19 issues and its inconsistencies. I advised Richard that the reason I was at his residence was that ▓▓▓▓ had made a post on Facebook that she had beaten the Coronavirus and that it was causing issues with parents within the school district. Richard stated that his daughter does not have Facebook at which time he had her step outside. Prior to that I did show Richard the post as I had been sent it from the Sheriff via email. When I advised Richard that I was there to have her remove the post, he became upset and stated that she would not be removing the post as they were trying to notify the public that their daughter was diagnosed with Covid 19 and to help alarm the

others to be safe. While speaking with Richard his wife did also join in on the conversation and she was identified as Angela M. Cohoon, F/W DOB ▮▮▮▮▮▮. During this time Richard continued to be upset with me and expressed his displeasure's with me being there and with how the School District of Westfield was handling it and along with the Sheriff. Eventually I did advise Richard that if they were not willing to take the post down, that there would be the possibility of a County Ordinance Disorderly Conduct or being arrested for Disorderly Conduct due to the fact that they are causing a disturbance by posting that their daughter was positive for Covid 19 and the other parents who's children were in contact with ▮▮▮▮▮ were now becoming upset over the post.

Eventually Richard stated that he would have ▮▮▮▮▮ remove the post although he still did not feel it was necessary, he did have ▮▮▮▮▮ step out in which she showed me that the post was now removed. It should be noted that it was originally believed that the post was on Facebook, and ▮▮▮▮▮ advised that she does not have Facebook and that the post was on her Instagram Account. I did observe her account information and it did match with the photograph that I was provided with a user name of ▮▮▮▮▮▮▮▮▮. When I asked ▮▮▮▮▮ about her post and her intentions, she initially stated that the post was while she was still in the hospital even though the post states "I am finally home after being hospitalized for a day and a half. I am still on breathing treatment but have beaten the Coronavirus. Stay home and be safe", and the picture is of her with a nebulizer mask on her face. Once ▮▮▮▮▮ removed the post I advised her I no longer needed to have contact with her and she returned to the residence. I then advised Richard that I had no further questions for him and he continued to speak with me in regards to his concerns with the health care system, the news media outlets, the school district and the Sheriff's Office. I then cleared from the scene.

FOLLOW UP

A while later the dispatch center contacted me and advised that Richard had documents he would like me to review at which time I did contact Richard via telephone and he asked me if I had the posts that the School District of Westfield, had released to all parents. I advised him that I had not seen the post and I was not aware of what he was speaking of and he directed me to the School District's website where I did observe there to be a post from the District Administrator. Richard stated that the 5th paragraph of the post of 03-27-20 was causing him much concern and he wished to file a formal complaint. I determined that he did not wish to file a complaint with the Sheriff's Office for our actions but he wished to file a formal complaint on the School District for their actions. I described to him that he needed to file that with their agency. He stated that he wanted me to be in contact with the School District and removed the post. His concern with the post by the School District was the statement that states "this was a foolish means to get attention and the source of the rumor has been addressed". Richard states that upset him as that was not their intentions by posting it, it was to keep everyone safe. Richard advised that if no action was taken in the near future that he would have ▮▮▮▮▮ place her post back up on Instagram and he was more than willing to be arrested for Disorderly Conduct and he would fight it later with his Attorney. I then later ended my contact with Richard.

I made contact with Sheriff Konrath in regards to this complaint and provided all of the details in which he advised that he wished for me to have no further

Incident #: 20-S00970

actions taken in this case and he would complete any necessary follow up.

DISPOSITION

This case is considered closed. Any further information will follow in a supplemental report.

END OF REPORT

Sgt. Cameron Klump #207

---------------------  _(signature)_ #207
Responsible LEO:

----------------------------------------
Approved by:

4-7-2020
Date