March 27, 2020

DISTRICT UPDATE

Hello Families!

I just have a few things to cover in this week's update.  Has anyone else lost track of the days in this mess yet?  It's a struggle to try to anticipate the changes that come with each day.  If you're like me, being a forced hermit isn't easy!;)

By now, I'm hoping all parents have been contacted by your son or daughter's teacher(s).  This week, they kicked the distance learning program into gear and should be providing your family with learning resources to keep students engaged in topics from their grade level or subject areas.  If you haven't been contacted yet please send a return email to me with your information and I will see to it that your Principal or staff member gets in touch with you.

Our breakfast and lunch program are continuing for pick-up even with the Statewide Stay Home mandate.  It is considered an essential service so we are going to continue as long as we can at our same locations and times.  Just a quick note that we will be providing breakfast and lunch on Good Friday.

Just a reminder, all school playgrounds are off limits during this time of the Governor's order to stay home.  While it is okay to have your children play outside, maintaining social distancing, the order specifically prohibits children at playgrounds.  This is an effort to not have people congregate in one spot and because there is no active disinfecting going on at those playgrounds.

It was brought to my attention today that there was a rumor floating out there that one of our students contracted Covid-19 while on the band trip to Florida two weeks ago.  Let me assure you there is NO truth to this.  This was a foolish means to get attention and the source of the rumor has been addressed.  This rumor had caught the attention of our Public Health Department and she was involved in putting a stop to this nonsense.  In times like this, the last thing we need out there is misinformation.  I asked her to prepare a short statement for the purpose of this update.  I've pasted it below.

================================================================================

 As of Thursday March 26th, the Marquette County Public Health Department has zero confirmed cases of COVID-19.  However, this continues to be a rapidly evolving situation.  The health department is working closely with local, regional and state partners to monitor the disease as it progresses.

The Marquette County Health Department continues to encourage everyone to stay home and leave only when necessary. It is imperative to slow the spread of COVID-19 so that hospital systems can respond to those who need treatment, and not become overwhelmed. We all can do our part by practicing good hygiene.  Everyone is urged to wash their hands frequently with soap and water for at least 20 seconds, clean frequently touched surfaces and objects daily (e.g. doorknobs, light switches, tables, cabinet handles), distance themselves from others if they do need to leave their homes, and to absolutely stay home if they do develop symptoms of any type of illness, such as a fever.  If your

symptoms worsen, we do encourage you to seek medical attention, as needed.

Please follow the Marquette County website ([www.co.marquette.wi.us](www.co.marquette.wi.us)) or the Marquette County Government Facebook page for frequent updates of this developing situation. For more in-depth questions, please call the Health Department at 608- 297-3135.

Stay home. Stay calm. Stay well. We will get through this, together.

Allison Davey, RN, BSN
Public Health Nurse
Marquette County Public Health Department
Direct 608-297-3129
Main 608-297-3135

===========================================================

So there you have it. That's what I have for you all this week. As always, if you need anything or I can answer any questions you have please get in touch with me.

Here's a shout-out to all of you folks still working each day. If you are in health care, grocery, food service or trucking and transportation services you are warriors. We all appreciate your efforts to keep our needs met in this crisis! Thank you, thank you!

Keep your distance!

Bob Meicher
District Administrator, School District of Westfield