UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMYIAH COHOON, a minor, by and through her parents and legal guardians, RICHARD COHOON and ANGELA COHOON,

    Plaintiff,

v.                                                              Case No. 20-

JOSEPH KONRATH, in his personal and official capacity as Sheriff of Marquette County, Wisconsin, and

CAMERON KLUMP, in his personal and official capacity as Patrol Sergeant for the Marquette County Sheriff's Office,

    Defendants.

## RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF

The undersigned, counsel of record for Plaintiff Amyiah Cohoon, a minor, by and through her parents and legal guardians, Richard Cohoon and Angela Cohoon, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. Amyiah L. Cohoon, through her parents and legal guardians Richard and Angela Cohoon, is the party represented by undersigned counsel.

2. Neither Amyiah Cohoon nor her parents are corporations.

3. The attorneys who will appear on behalf of the Plaintiff are all employees of the Wisconsin Institute for Law & Liberty.

                                             Dated: April 16, 2020

                                             WISCONSIN INSTITUTE FOR LAW & LIBERTY

                                             Rick Esenberg (SBN 1005622)
                                             (414) 727-6367 | rick@will-law.org

/s/ Luke N. Berg
Luke N. Berg (SBN 1095644)
(414) 727-7361 | luke@will-law.org

Anthony F. LoCoco (SBN 1101773)
(414) 727-7419 | alococo@will-law.org

Lucas T. Vebber (SBN 1067543)
(414) 727-7415 | lucas@will-law.org

330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385

Attorneys for Plaintiff