UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMYIAH COHOON, a minor, by and through her parents and legal guardians, RICHARD COHOON and ANGELA COHOON,

    Plaintiff,

v.

Case No. 20-

JOSEPH KONRATH, in his personal and official capacity as Sheriff of Marquette County, Wisconsin, and

CAMERON KLUMP, in his personal and official capacity as Patrol Sergeant for the Marquette County Sheriff's Office

    Defendants.

## DECLARATION OF RICK COHOON

I, Rick Cohoon, declare that, if called upon, I could and would competently testify to the following:

1. Angela and I are Amyiah's biological parents and legal guardians.

2. Between March 7 and March 15, Amyiah went on a spring break trip to Disney World and Universal Studios in Florida with her high school's band class.

3. She returned in the morning on March 15, which was earlier than planned, due to closures in Florida from the COVID-19 pandemic.

4. Amyiah began feeling sick four or five days after she returned from the trip, including a fever and dry cough.

5. On March 22, Amyiah was having difficulty breathing, so Angela took her to the emergency room at Divine Savior Hospital in Portage, Wisconsin.

6. The doctors there told Angela that Amyiah's symptoms matched COVID-19, but that they could not test her. They sent Amyiah home with an inhaler and told her (and us) to self-quarantine for 14 days and to return if Amyiah's symptoms got worse.

7. Amyiah was quarantined at home from March 22 until March 25. She stayed in her bedroom and used only the closest bathroom.

8. On March 25, Amyiah's symptoms got much worse, and she had significant difficulty breathing, so Angela took her back to Divine Savior. They took Amyiah from there in an ambulance to the UW Children's Hospital in Madison. Angela drove home, and then I took her to the hospital in Madison and dropped her off there.

9. Amyiah was finally tested for COVID-19 at the UW Children's Hospital that evening, and the results came back the following morning.

10. The test came back negative, but the doctors told us that Amyiah still likely had COVID-19 and had missed the window for testing positive.

11. I believed and still believe the doctors that Amyiah's symptoms were likely caused by COVID-19.

12. Angela and Amyiah returned home from the hospital on March 26.

13. A day later, on March 27, Sergeant Cameron Klump from the Marquette County Sheriff's Office came to my home. Amyiah answered the door, and he asked to speak to me, so I came outside and Amyiah went inside.

14. The officer stated that he was there because the Sheriff had received a complaint from the school "superintendent" about one of Amyiah's Instagram posts. He showed me a

cropped screenshot on his phone of a picture of Amyiah in the hospital with an oxygen mask on her face and the caption that she had "beaten the coronavirus."

15. Sergeant Klump stated that he had direct orders from Sheriff Konrath to demand that Amyiah delete this post, and, if she did not, to issue citations for disorderly conduct and to "start taking people to jail." He did not specify whether he meant Amyiah, Angela, me, or all of us.

16. He explained that Sheriff Konrath and the school "superintendent" wanted the post removed because there were no *confirmed* cases of COVID-19 in our county at the time.

17. I explained to Sergeant Klump that, while Amyiah had tested negative, the doctors had told us that she likely still had it. I offered to show him the documents we received from Divine Savior, but Sergeant Klump responded that he was not there to gather information, just to complete Sheriff Konrath's orders.

18. I told Sergeant Klump that he and Sheriff Konrath had no right to demand that Amyiah remove her Instagram post, that I would refuse the order if it were my post, but that I would let Amyiah decide for herself.

19. I called Amyiah back outside and explained to her that Sergeant Klump was going to ask her to remove one of her Instagram posts. I told Amyiah that she did not have to delete her post, and that I wouldn't delete it if it were my post, but that she could decide for herself. Sergeant Klump then showed Amyiah the screenshot of her post and told her that if she did not remove it, he had orders to begin issuing citations and taking people to jail.

20. Amyiah was clearly afraid that Sergeant Klump would follow through on his threats, so she agreed to delete her post. She showed Sergeant Klump her Instagram account on her phone so he could see that it had been removed.

21. Sergeant Klump then left our home.

22. After he left, Amyiah was concerned that he would find her earlier post and come back, so she deleted that post too, but not until taking a screenshot of it, at my suggestion.

23. Later that evening, I learned that District Administrator Bob Meicher had sent around a news update stating that Amyiah's posts were not true and were "a foolish means to get attention."

24. Other than the officer coming to our home, no one from either the Marquette County Sheriff's Office or the school district has ever contacted me to discuss Amyiah's symptoms or to learn what the doctors who treated Amyiah had told us.

I declare under penalty of perjury that the foregoing is true and correct to best of my knowledge and that this Declaration was executed on April 15, 2020 in Marquette County, Wisconsin.

/s/ Rick Cohoon
Rick Cohoon