UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMYIAH COHOON, a minor, by and through her parents and legal guardians, RICHARD COHOON and ANGELA COHOON,

    Plaintiff,

v.

Case No. 20-

JOSEPH KONRATH, in his personal and official capacity as Sheriff of Marquette County, Wisconsin, and

CAMERON KLUMP, in his personal and official capacity as Patrol Sergeant for the Marquette County Sheriff's Office,

    Defendants.

## DECLARATION OF ANGELA COHOON

I, Angela Cohoon, declare that, if called upon, I could and would competently testify to the following:

1. Rick and I are Amyiah's biological parents and legal guardians.

2. Between March 7 and March 15, Amyiah went on a spring break trip to Disney World and Universal Studios in Florida with her high school's band class.

3. She returned in the morning on March 15, which was earlier than planned, due to closures in Florida from the COVID-19 pandemic.

4. Amyiah began feeling sick four or five days after she returned from the trip, including a fever and dry cough.

5. On March 22, Amyiah was having difficulty breathing, so I took her to the emergency room at Divine Savior Hospital in Portage, Wisconsin.

6. The doctors there told us that Amyiah's symptoms matched COVID-19, but that they could not test her. They sent her home with an inhaler and told her (and us) to self-quarantine for 14 days and to return if Amyiah's symptoms got worse.

7. After we left Divine Savior, I attempted to contact the band teacher to let her know that Amyiah may have contracted COVID-19 so she could warn other parents with students on the trip. I was unable to reach her, so I left a voicemail, but I never heard back from her.

8. Amyiah was quarantined at home from March 22 until March 25. She stayed in her bedroom and used only the closest bathroom.

9. On March 25, Amyiah's symptoms got much worse, and she had significant difficulty breathing, so I took her back to Divine Savior. They took her from there in an ambulance to the UW Children's Hospital in Madison. I drove home, and then Rick drove me down to Madison and dropped me off at the hospital.

10. While I was at the hospital in Madison, I received a call from the principal at Amyiah's school on an unrelated matter. I told him about Amyiah's situation and that I had left a voicemail with the band teacher, and suggested he notify other parents with students on the trip. He told me that he would follow up, but I never heard back from him.

11. Amyiah was finally tested for COVID-19 at the UW Children's Hospital that evening, and the results came back the following morning.

12. The test came back negative, but the doctors told us that she still likely had COVID-19 and had missed the window for testing positive.

13. I believed and still believe the doctors that Amyiah's symptoms were likely caused by COVID-19.

14. I spent the night in Madison with Amyiah, and we returned home from the hospital on March 26.

15. Other than the officer coming to our home, no one from either the Marquette County Sheriff's Office or the school district has ever contacted me to discuss Amyiah's symptoms or to learn what the doctors who treated Amyiah had told us.

16. I did receive a brief call from a Marquette County nurse on March 25. She stated that she was checking on families to see if anyone needed anything and how everyone's health was. I told her about Amyiah's situation, and she responded to let her know if we needed anything. At the time, I was confused about why she had called me.

I declare under penalty of perjury that the foregoing is true and correct to best of my knowledge and that this Declaration was executed on April 15, 2020 in Marquette County, Wisconsin.

/s/ Angela Cohoon
Angela Cohoon