IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

AMYIAH COHOON, a minor,
by and through her parents,
Richard Cohoon and Angela Cohoon,

    *Plaintiff*,

v.

    Case No. 2:20-CV-620-JPS

JOSEPH KONRATH and CAMERON KLUMP,

    *Defendants*.

_____

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
_____

    Defendants, Sheriff Joseph Konrath and Sergeant Cameron Klump, by and through their attorneys, Crivello Carlson, S.C., hereby move the Court, the Honorable J.P. Stadtmueller, presiding, for an Order granting their Motion for Summary Judgment.

    This Motion is made pursuant to Fed. R. Civ. P. 56 and Civil Local Rules 7 and 56 and is brought upon the ground that Plaintiff cannot substantiate her claims as a matter of law. This Motion is made upon the pleadings and proceedings had herein; the Brief in Support of Summary Judgment; the Defendants' Proposed Findings of Fact; the Declarations of Joseph Konrath, Cameron Klump, Stephanie Warren, Jayme Sopha, Allison Davey, Candace LaFave, Daniel Ezell, Jamie Popp, Kristine Kraft, and Sara C. Mills; the attached exhibits; as well as all other papers, pleadings and exhibits on file herein and/or exhibits attached to the declaration accompanying this Motion. Through this Motion, the Defendants seek dismissal of all claims, plus an award of costs, disbursements and fees as may be allowed by law.

Dated this 24th day of April, 2020.

                                                            By:    s/ Sara C. Mills
                                                                  SAMUEL C. HALL, JR.
                                                                  State Bar No.: 1045476
                                                                  SARA C. MILLS
                                                                  State Bar No.: 1029470
                                                                  CRIVELLO CARLSON, S.C.
                                                                  Attorneys for Defendants, Joseph
                                                                  Konrath and Cameron Klump
                                                                  710 N. Plankinton Avenue
                                                                  Milwaukee, WI 53203
                                                                  Telephone: 414.271.7722
                                                                  Fax: 414.271.4438
                                                                  Email: shall@crivellocarlson.com
                                                                            smills@crivellocarlson.com