# EXHIBIT 2

Thumb drive of the squad and audio recording of 3-27-2020