**From:** Allison Davey <adavey@co.marquette.wi.us>
**Sent:** Friday, March 27, 2020 5:42 PM
**To:** Joseph Konrath <jkonrath@co.marquette.wi.us>
**Subject:** FW: Fwd:


**From:** Nicole Wollert <nicole.wollert@westfieldpioneers.org>
**Sent:** Friday, March 27, 2020 5:29 PM
**To:** Allison Davey <adavey@co.marquette.wi.us>
**Subject:** Fwd:

Thank you for handling this!!
Please let me know if I can help at all!

Thank you!


Nicole Wollert
Nurse of Westfield School District
608-296-2141 ext 1014 (office); 608-419-0064 (cell)

EXHIBIT
3



--
David Moody
Principal
Westfield Area HS/MS