IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

AMYIAH COHOON, a minor,
by and through her parents,
Richard Cohoon and Angela Cohoon,

    Plaintiff,

v.

                                  Case No. 2:20-CV-620-JPS

JOSEPH KONRATH and CAMERON KLUMP,

    Defendants.

_____

**DECLARATION OF SARA C. MILLS**
_____

STATE OF WISCONSIN    )
                               ) §§
MILWAUKEE COUNTY    )

    I, SARA C. MILLS, being first duly sworn upon oath, depose and state as follows:

    1.    I am an attorney licensed to practice law before the United States District Court for the Eastern District of Wisconsin and I represent the Defendants in the above-captioned action.

    2.    That attached hereto and identified as "Exhibit 5" is a true and correct copy of the publicly issued State of Wisconsin Emergency Order #12 ("Safer at Home"), dated March, 24, 2020.

    3.    That attached hereto and identified as "Exhibit 6" is a true and correct copy of various publicly-available Facebook posts made through the account of "Rick Cohoon" between the dates of March 27, 2020 and today. The foregoing exhibit is not being offered as evidence of the truth of any matters asserted within the posts, but is instead offered as evidence that Mr.

1

Cohoon has apparently engaged in social media speech after the events that transpired on March 27, 2020.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of April, 2020.

_/s/ Sara C. Mills_
SARA C. MILLS