

Rick Cohoon

Jen   Home   Find Friends   Create

👤 Add Friend



Rick Cohoon

### Photos

Timeline    **About**    **Friends**

**Photos**   **More**

Friends · 473



**DO YOU KNOW RICK?**

To see what he shares with friends, send him a friend request.

👤 Add Friend     Message

Friend

---

**Rick Cohoon**
April 21 at 9:10 AM · 

Another priceless You Tube video about our lawsuit against Sheriff Konrath... very scathing against the Sheriff and the school



YOUTUBE.COM
**SHERIFF Threatens to ARREST TEENAGE GIRL for Instagram Post**

14                    6 Comments   8 Shares

Like           Comment           Share


**Dawson Vogelsang** Joes a puss
Like · Reply · 2d


**Vicki Sonsalla-Nachreiner** Wow....makes one wonder how many other cases exactly like this were swept under the rug!
Like · Reply · 1d        1


**Nikki Woodward** This "Sheriff" is such a tool, I think someone needs to have their degree taken from them until they go back to re-learn the law. I certainly hope you go after the school for their role in this as well.
Like · Reply · 1d        2

EXHIBIT 6

Rick Cohoon

 Jen    Home    Find Friends    Create

👤 Add Friend

Press Enter to post.

**Bill Rubenstein** The sheriff should not only lose his job. He should spend the rest of his life in prison. And you can bet there are millions of us who won't rest until justice is done.

Like · Reply · 1d                                              1

**Kip E. Arnett** Marquette Co. Always had a rep for incompetence, greed, corruption, and overall stupidity.

Like · Reply · 1d                                              1

Write a comment...

Press Enter to post.

**Rick Cohoon**
April 19 at 11:54 AM · 

This is as precious as it gets... a complete and factual breakdown of our federal law suit filed against Marquette County Sheriff Joe Konrath.

CITIZENS OF MARQUETTE COUNTY-- here is the truth.... THIS IS YOUR SHERIFF!!

Thank you Nikki Woodward



YOUTUBE.COM
**Arrest Your Family Over Instagram Post?! Ep. 6.431**
Police threaten to arrest a young woman and her parents unless she remove…

21                                    10 Comments  23 Shares

Like                    Comment                    Share

**Nikki Woodward** No problem. Hope it helps people understand what is going on.

Like · Reply · 3d · Edited                                    1

**James Carter Jr.** That sheriff is an asshat! Hope he loses his job.

Like · Reply · 3d                                              1

**Vicki Sonsalla-Nachreiner** Wow, Rick. Sorry your family is having to deal with this. Hope your daughter is doing well!

Like · Reply · 3d                                              1

**Rick Cohoon** Vicki Sonsalla-Nachreiner she is doing much better. Thank you

Like · Reply · 3d                                              1

Rick Cohoon     ○ Jen    Home    Find Friends    Create

👤 Add Friend



**Clarence Marge Reppenhagen** Good luck Rick.And your daughter.

Like · Reply · 3d    1

**Stacie Bonham** This is crazy! I have been following this, just shaking my head.  ridiculous.

Like · Reply · 3d    1

**Patty Hart** Happy to hear she's doing better now      this is something to be proud of..... great parenting!!! You allowed her to make choices and you backed her up 100%!!!!

Like · Reply · 3d    1

**Carole Bauer** Fantastic broadcast!

Like · Reply · 2d    1

**Michael Reiter** Wisconsin has a problem with it's entire legal system. I wish your daughter a speedy recovery and hope your suit is fruitful. In particular I hope that these men are stripped of their qualified immunity!

Like · Reply · 18h    1

Write a comment...

Press Enter to post.

---

**Rick Cohoon**
April 18 at 12:43 PM · 

Connected Marines Tweet addressing the citizens of Marquette County



TWITTER.COM
**Connected Marines on Twitter**
"To the citizens of Marquette County, WI. We highly encourage you to NOT VOTE FOR Sheriff JOSEPH KONRATH because of his violations of civil rights First and Fourth Amendments against Amyiah

2        1 Share

Like       Comment       Share

Write a comment...

Press Enter to post.

---

**Rick Cohoon**
April 17 at 9:51 PM · 

Update as of today: The federal lawsuit and an injunction was filed against Marquette County Sheriff Joe Konrath Thursday morning.
For much more detailed information, for your listening pleasure is a link to a radio
Interview from this morning (Friday) on Sunny 97.7 FM with our attorney for Amyiahs case. Pay particular attention to the part about the Sheriffs attorney statements and the facts from the Sheriff Deputy Klumps actual report discussed by our attorney



Rick Cohoon

 Jen    Home    Find Friends    Create



👤+ Add Friend



SOUNDCLOUD.COM

**Luke Berg**

Listen to Luke Berg by RadioPlusAudio #np on #SoundCloud

24                          20 Comments   12 Shares

| Like | Comment | Share |
|------|---------|-------|

 **Nikki Woodward** Best of luck Rick. Sorry your family is going through this and of course he got a lawyer his back is to the wall and knows he messed up. It didnt go down like he thought, messed with the wrong family so now he has to defend himself while also lying to cover his ass.

Like · Reply · 5d        2

 **Ken Sampson** Its alright for news and media to cause panic but a student who is sick tells people and oh my god!

Like · Reply · 5d        4

 **Rick Cohoon**
https://twitter.com/Connect.../status/1251204977600520193...

 TWITTER.COM
**Connected Marines on Twitter** 

Like · Reply · 4d        1

 **David Skaife** Sounds like the county health official also had crap to say along with the school. They should all be ashamed. I find it funny the the sheriff took their page down. It speaks that they know they're guilty

Like · Reply · 4d        2

 **Rick Cohoon** David Skaife I cant see their FB page... they blocked me lol
So you're saying they took down/disabled their FB page??

Like · Reply · 4d

 **David Skaife** Rick Cohoon there is no Marquette Co. Sheriff's page that I can find

Like · Reply · 4d

 **Rick Cohoon** Unless they blocked you too lol. I know I was blocked, while actively searching the posts the page disappeared & I couldn't find it with my FB account. I was able to find it using other methods. Haven't checked today.... but they were just getting hammered with bad publicity/comments. Hmm... maybe the Sheriff will come visit me again because I "yelled fire in a movie theatre" and he had to shut his FB page down

Like · Reply · 4d        1

**Nikki Woodward** It's not showing up on mine either.



Rick Cohoon

Add Friend



Like · Reply · 4d



**Rick Cohoon** Jerry Powers yes, unfortunately there is a Marquette County Sheriff Dept in Michigan.

Like · Reply · 4d



**Rick Cohoon** Marquette County Sheriff Dept in Montello, Wi has disabled their FB page...
But the actual Marquette COUNTY WEBSITE FOR THE SHERIFF IS STILL UP AND RUNNING WITH HIS CONTACT INFO AND EMAIL

Like · Reply · 3d · Edited

Write a reply...
Press Enter to post.



**Lady Andrea Nagy Scoville** Best of luck! This is awesome! They are guilty in our eyes!

Like · Reply · 4d



**James Carter Jr.** Rick, do you mind if i share this?

Like · Reply · 4d · Edited





**Rick Cohoon** James Carter Jr. Go right ahead buddy. It's set for public ans can be shared by all that see it

Like · Reply · 4d



**James Carter Jr.** Rick Cohoon thanks. That is some serious BS you're having to deal with!

Like · Reply · 4d



**Nancy Herbert Riddle** I'm here in Chicago! I just saw Chicago Tribune's article out today. My opinion:
The sheriff should lose his job. He bullied your daughter into silencing her. The superintendent sounds like an idiot and should also be fired- he's the one that mismanaged the whole situation and wanted to squelch information. We have to have consequences for these types of actions.

Like · Reply · 4d



**Nancy Herbert Riddle** https://www.chicagotribune.com/.../ct-nw-madison...



CHICAGOTRIBUNE.COM
**Lawsuit alleges Wisconsin teen, parents were threatened with jail by cops over…**

Like · Reply · 4d







**Rick Cohoon** This breaks down the lawsuit factually against Sheriff Konrath....

https://m.youtube.com/watch?v=N39OMhmK7EM

Rick Cohoon

Jen    Home    Find Friends    Create

Add Friend

Like · Reply · 3d · Edited                                         1

**Nancy Herbert Riddle** I'm so sorry it's come to this but admire your courage.

Like · Reply · 3d                                                  1

**Sharon Strike** How hard would it have been for the school to just put something out that there was a student who reported that they have the virus and then they could write what they are doing about it? Because people are control freaks and would not stoop to talking with the family first? Wow!

Like · Reply · 3d                                                  1

Write a comment...

Press Enter to post.

---

**Rick Cohoon**
April 7 at 10:40 PM ·

One link (of many) to news story about Amyiahs and our situation involving the school administrator and Marquette Co Sheriff

FOX6NOW.COM
**Wisconsin teenager allegedly threatened with jail over COVID-19 posts**

15                                           7 Comments  6 Shares

Like                 Comment                 Share

**Amanda Steinbrink-Bourne** You get em, buddy!! Proud of you! That is crap.

Like · Reply · 2w                                                 1

**Darla Jo S. Nelson** Get em guys.

Like · Reply · 2w                                                 1

**Nicole Lyles** Aside from the ending, true and glad it was addressed!!!! We have had 2 confirmed cases in Marquette county since her

Like · Reply · 2w                                                 1

**Ken Sampson** Westfield and Marquette County must have their head up their ass!

Like · Reply · 2w                                                 1

**Rick Cohoon** Ken Sampson you wouldn't believe the stories from other families I'm hearing about.

Rick Cohoon

Jen   Home   Find Friends   Create

Add Friend

**Rick Cohoon** Here is a factual breakdown including the deputies statements in his own report!

https://m.youtube.com/watch?v=N39OMhmK7EM

YOUTUBE.COM
Arrest Your Family Over Instagram Post?! Ep. 6.431

1

Like · Reply · 3d · Edited

**Nicole Lyles** Good! Glad it's finally getting out there and Marquette can maybe get their shit together on things! This situation could have been handled way better than it was and was handled in every sense of the way completely ridiculously!

1

Like · Reply · 3d

Write a comment...

Press Enter to post.

---

**Rick Cohoon**

April 1 at 10:02 PM ·

Thank you all for the Birthday wishes. It was weird having a Birthday in quarantine... not any year you can say that until now
Hugs to everyone and hopes that you and your families all stay safe.

33                    20 Comments

| Like | Comment | Share |
|------|---------|-------|

**Angie Plemons**

1

Like · Reply · 3w

**Kimberly Lance** Hugs to you and yours as well, Rick

1

Like · Reply · 3w

**Dennis Kowalke Jr** Happy birthday

1

Like · Reply · 3w

     **Rick Cohoon** Dennis Kowalke Jr thank you bud!

     Like · Reply · 3w

**Autumn Monoessy** Happy birthday!

1

Like · Reply · 3w

     **Rick Cohoon** Autumn Monoessy thank you dear!

     Like · Reply · 3w

     **Autumn Monoessy**

     Like · Reply · 3w

**Kory Funmaker** Yup HBD!!

Rick Cohoon

Jen   Home   Find Friends   Create

Add Friend

Like · Reply · 3w

**Rick Cohoon** Kory Funmaker thank you buddy. Stay safe!
Like · Reply · 3w

**Kory Funmaker** Rick Cohoon YW You stay safe tho 6!
Like · Reply · 3w

**Paul Fuller** Happy birthday
Like · Reply · 3w   1

**Jim Snyder** HUGS!! That's not social distance of 6ft!! Lmao
Like · Reply · 3w   1

**Marie Clark** Heck of a way to spend it but hope all is well. Throw a big party when this is all over.
Like · Reply · 3w   1

**Morgan Ribbke** Happy Birthday shithead!!!
Like · Reply · 3w   1

**Suzette Martin**

Like · Reply · 3w   1

**Janelle Janney** Damn you just got older son..lol happy late bday rick.
Like · Reply · 2w   1

**Rick Cohoon** Janelle Janney your not far behind G'ma!! Stay safe dear
Like · Reply · 2w   1

Write a reply...
Press Enter to post.

**Lori Gutierrez**



TENOR

Like · Reply · 2w   1

**Michael Carroll** Happy belated birthday! I hope you were able to enjoy it!
Like · Reply · 2w   1

**Rick Cohoon** Michael Carroll thank you Mike. It was a good day
Like · Reply · 2w



Rick Cohoon

Jen    Home    Find Friends    Create

Add Friend

Press Enter to post.

 **Rick Cohoon**
March 29 at 9:31 AM · 

https://www.gofundme.com/f/help-for-a-couple-who-have-alway…



GOFUNDME.COM
**Help for a couple who have always helped others organized by Kathy Koepp Schmidt**
This is Sarah with two of Four children, Trying to get one boy bac… Kathy Koepp Schmidt needs your support for Help for a couple who have always…

Like          Comment          Share

 Write a comment...
Press Enter to post.

 **Rick Cohoon**
March 28 at 10:58 PM · 

Interesting read. A few paragraphs down, read the comments of the Wi Dept of Health and what they are saying about the potential of the ACTUAL CASES REPORTED NUMBERS COULD BE OFF BY AS MUCH AS TEN TIMES POSSIBLY MORE!!! Isn't this exactly what I've been trying to get people to understand with Amyiahs situation? She presented with low symptoms consistent with Covid-19 and was not tested but would have tested positive most likely, had they actually tested her. Her test done this week being negative, does not mean she would not have tested positive on her initial ER visit! So now everyone can read the reporting structure screw up for themselves straight from the Dept of Health!!
Yes I know the post is about evictions and foreclosures... the Dept of Health statement is in there



WKOW.COM
**Gov. Evers bans evictions, foreclosures; COVID-19 cases exceed 800**

8                                              4 Comments

Like          Comment          Share

 **Angie Plemons** He's had his position since 84 I'm following what he's saying he obviously knows what he's talking about !!!
Like · Reply · 3w

Rick Cohoon

Jen    Home    Find Friends    Create

Add Friend

That's none other than Wisconsin Gov. Evers!!
He's literally brain damaged compared to who you thought he
was

Like · Reply · 3w · Edited

**Angie Plemons** Ooops lol looked at it wrong lol but do what
Fauci says !!!!

Like · Reply · 3w                                            1

Write a reply...
Press Enter to post.

**Katholeen Toeder** This is so funny Mental Midget??

Like · Reply · 3w                                            1

Write a comment...
Press Enter to post.

**Rick Cohoon**
March 28 at 12:20 PM

So this happened yesterday Fri evening:
Knock at the door. It's a Marquette County Sheriff's deputy. He advises me that
he was sent under direct orders from Sheriff Joseph Konrath. The deputy
stated that Sheriff Konrath was contacted by Westfield School Administer Bob
Miecher complaining about an Instagram post Amyiah had posted while being
treated for her Covid-19 symptoms at UW Childrens Hospital. He advised that
Mr Miecher and the Sheriff were demanding the post be taken...

Continue Reading

259                                 286 Comments  595 Shares

Like                    Comment                    Share

View previous comments                                    4 of 107

**Mary Opperman** And get a public apology from the principal/district as
well as revamping policies in the district. Let us also remind people, a
minor is the center of this.

Like · Reply · 1d                                            3

**Jayne Martin** I'm glad to see you fighting back!! This sounds like the
extreme of bullying- best of luck!!

Like · Reply · 1d                                            1

**Kelsey Borchers** Be sure to record phone conversations as well.
Wisconsin is a one party consent state to authorize phone
recordings/conversations!

Like · Reply · 1d                                            1

Kelsey Borchers replied · 2 Replies

**Nichole Murphy** Joel Ferch

Like · Reply · 1d

Write a comment...
Press Enter to post.

**Rick Cohoon** updated his profile picture.
October 31, 2019

Case 2:20-cv-00620-JPS   Filed 04/24/20   Page 10 of 41   Document 27-2

Rick Cohoon

Jen    Home    Find Friends    Create

Add Friend



24                                                    5 Comments

Share

**Suzette Martin** R.I.P.
24w · Edited

**Wendolyn Ward-Witt** He was such a beautiful, sweet pup! I am so
glad you were able to love him like he should have been!
24w

Rick Cohoon replied · 3 Replies

Stacy Imeri          Muriel Swan          Tina Anderson-
                                          Kirchberg

Korri Leverenz       Heidi Norman          Dave Van Slyke
                     Waddell

### Life Events

**Started New Job at**              **Started New Job at**
**Ho-Chunk Casino**                 **Ho-Chunk Gamin...**
2003                                March 2003

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies
· More
Facebook © 2020



Search    Jen   Home   Find Friends   Create



**Rick Cohoon**
March 28 at 12:20 PM

So this happened yesterday Fri evening:
Knock at the door. It's a Marquette County Sheriff's deputy. He advises me that he was sent under direct orders from Sheriff Joseph Konrath. The deputy stated that Sheriff Konrath was contacted by Westfield School Administer Bob Miecher complaining about an Instagram post Amyiah had posted while being treated for her Covid-19 symptoms at UW Childrens Hospital. He advised that Mr Miecher and the Sheriff were demanding the post be taken down/removed. If we refused to do so, the deputy said he had very specific instructions from the Sheriff to cite us for disorderly conduct and start taking us to jail. This is because no reported Covid-19 had been reported in Marquette County. There was no report because as per my previous post warning everyone about the difference between diagnosed cases a d actual tested cases...only tested cases are reported.
I refused initially, but Amyiah immediately removed the post due to the fear of the sheriff's orders... she did not want to see us get into trouble. The troubling photo??
Was a photo of her while at UW Childrens hospital captioned "Winning the fight with Covid-19".
After the deputy leaves, we discover this posted on the Westfield School District website as of 3-27-20 under school updates for Covid-19 by SCHOOL ADMINISTER BOB MIECHER (this is only a part of the post as it directly relates to Amyiah in paragraph #5):
"It was brought to my attention today that there was a rumor floating out there that one of our students contracted Covid-19 while on the band trip to Florida twice weeks ago. Let me assure you there is NO truth to this. This was a FOOLISH MEANS TO GET ATTENTION and the source of the matter has been addressed. This rumor had caught the attention of our public health dept a d she was involved in putting a stop to this nonsense. In times like this, the last thing we need out there is misinformation."

There us so much wrong with this situation I dont even know where to start. Should we address the School Administrator and Sheriff's medical degrees? Neither of these two know or understand what she was being treated for or what was old to us by the medical staff...they never asked or attempted contact to ask. How about Civil rights, freedom of speech, being subjected to a "Good ol'Boys" club of the relationship between a school administer and the Sheriff. How about the fact that no one from the school or the school administrator himself attempted contact with us requesting information or to check up on Amyiah.
What Mr. Miecher and the Sheriff himself just pulled on our family is very disturbing. Neither of them know what we went through and the scares if watching your child have breathing issues and being taken several times to ER and ambulances to a childrens hospital for treatment. ...
Just so these two can intimidate a family through their COWBOY WAYS and abuse of their power. Then allow a school administrator to attack a student publicly like this....knowing full well who he was addressing!
This is not over, trust me. It's only the beginning. Emails have been sent to various state agencies including the State Attorney General's office and the State superintendents office. Voicemails have been left with State Representatives and Congressman Grothmans aide.
I will personally post the photo they made Anyiah take down, by next week if Mr miecher is not dealt with by the Sheriffs dept in the same manner and courtesy extended as our family was, in his post about Amyiah.
This is only the start. The web pages/updates have been saved and screen shot then forwarded accordingly.
PRIVACY SETTINGS ARE OFF---THIS IS ALLOWED TO BE SEEN AND SHARED BY THE PUBLIC--- SHARE THE HELL OUT OF IT

259     286 Comments   595 Shares

Like    Comment    Share

View previous comments    100 of 107

Suggested Groups   See All



**Panama City, Bay County And Surrounding Areas Buy~...**
41,389 members   Join Group

**Panama City Buy, Sell,Trade Or Give It Away**
64,805 members   Join Group

**Panama City Beach Buy & Sale**
18,173 members   Join Group

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020



Search     Jen   Home   Find Friends   Create

**Rick Cohoon** Carl Weisrock if ot came to that... not so much the $ that I'd be after as I would their TERMINATIONS

Like · Reply · 3w · Edited    5

**Tina Hewitt** Hell I would call a news station! Blast them for putting public even more at risk for being dishonest!

Like · Reply · 3w    15

**Rick Cohoon** Tina Hewitt considering as well.    7

Like · Reply · 3w

**Patty Hart** Tina Hewitt ABSOLUTELY YES!!!!!!

Like · Reply · 3w

**Tiffany Gavin** Yes call!

Like · Reply · 3w

Write a reply...
Press Enter to post.

**Patty Sch** Wow!!

Like · Reply · 3w

**Marie Clark** Shared several times including to groups I am in. We are with you Rick. Stay strong.

Like · Reply · 3w    5

**Rick Cohoon** This is a picture of Amyiah at the UW Childrens Hospital being treated for the Covid-19 symptoms due to her breathing issues and low white blood cell count which is caused by viruses and cancers.
This is the picture the Sheriff and School Administer forced Amyiah to remove by threats of arrest and disorderly conduct citations.



17

Like · Reply · 3w

**Homer James** Rick Cohoon prayers for you all!    1

Like · Reply · 3w

**Barb Schulz** Rick Cohoon may she get really better soon!!    1

Like · Reply · 3w

**Lee Ann Lehman Heiden** Prayers for her and all of you.    1

Like · Reply · 3w

**Rick Cohoon** Barb Schulz she's home and doing much better    2

Like · Reply · 3w

Search | Jen | Home | Find Friends | Create

went through something very similar with the Baraboo school district quite a few years back so this just flooded my emotions crazy!!! I also would not stand down in fact im a hot head that knows my rights and they didn't like it!!! Go to the news!!! Blast this power trip and let the world know because I cam promise you this...this isn't the first time they have done this and it certainly won't be the last unless someone stands their ground!!! Maybe there are others that will stand with you as well? Im guessing that a lot of parents will!!! My I please share this along with your beautiful daughters picture? I would love to see this go viral and force their backs against the wall!!! This is not ok and lord knows if you need anything at all please let me know
stay safe and continue to get healthy hugs and prayers to you and your family

Like · Reply · 3w 7

**Rick Cohoon** Patty Hart thank you. Feel free to share

Like · Reply · 3w 1

**Patty Hart** Rick Cohoon on it!!

Like · Reply · 3w 1

Write a reply...

Press Enter to post.

**Kelly Duesterhoeft** Praying for complete healing for Amyiah, Scary enough to be dealing with this awful virus without idol threats from law enforcement.

Like · Reply · 3w 1

**Angelina Mayo** I didn't think hospitals were treating untested cases... that's basic hospital procedure. No positive test no treatment for said illness in specific.. so I can see why the school was concerned.

Like · Reply · 3w 2

Hide 15 Replies

**Angelina Mayo** That being said. I hope she makes a full recovery regardless. And I'm not saying she does not have it. Just confused as it's not typical protocol to state a patient has something that has a test for a certain answer without giving the test.
Being that my child drs at that hospital I'm pretty familiar with the standards and how they do things.

Like · Reply · 3w · Edited 1

**Rick Cohoon** Angelina Mayo there is No TREATMENT, NO VACCINE...
they give a patient suspected/diagnosed and even tested positive patients an inhaler and send you home to self quarantine! That's it... theres your "treatment" no matter if you're tested or not suspected and diagnosed with a respiratory virus w symptoms consistent with Covid-19.
The only thing that can be done is give meds to increase production of low white blood cell count to help fight the virus, oxygen and nebulizer treatments if you get hospitalized with severe symptoms.

Like · Reply · 3w · Edited 9

**Rick Cohoon** Angelina Mayo the public cannot force the ER's to test the virus. They have specific guidelines for testing due to State Lab's shortage of materials/ingredients to run tests. The UW does their own.
Amyiah was diagnosed with upoer respiratory virus having symptoms consistent with Covid-19 and signed by the treating ER Dr at Divine Divine Savior hospital

Like · Reply · 3w · Edited 7

the symptoms. Inhaler/nebulizer is also a treatment depending on the severity. And in severe cases requiring those they are not sending people home. Because of how quickly this virus gets worse. Having "suspected" covid-19 and having it for sure are different things.. those receiving hospital treatment are tested was what I was saying. They don't hospitalized on a suspected diagnosis. Also. If the hospitals own test show positive it is still reported as such.

Like · Reply · 3w      2

**Rick Cohoon** Angelina Mayo She was given specific quarantine instructions to be in her bedroom and use of bathroom next to it effective that day for next two weeks. We were given instruction to quarantine to home as well for 2 weeks. My employer literally tossed me out the door when I reported her diagnosis that afternoon.

Like · Reply · 3w      3

**Angelina Mayo** Again. I am not saying she does not have it. Just that I understand where the school was coming from in regards to not wanting to cause panic amongst others who were on that trip.

Like · Reply · 3w      1

**Rick Cohoon** Angelina Mayo the school was only notified because the Dr said it would not hurt ti give the school a heads up. So as responsible parents we notified the school. If the school had any ?'s they could have called for further information. This is what responsible adults do when they effectively communicate.

Like · Reply · 3w      11

**Angelina Mayo** I agree the school could have handled it in a more mature way most definitely

Like · Reply · 3w      1

**Rick Cohoon** Angelina Mayo FYI... nowhere did I indicate you were "stupid" Based on your statements I am simply offering explanations of what happened to us and what our communications were with the staff treating g our daughter. That is all.

Like · Reply · 3w      3

**Angelina Mayo** There is a reason names of infected are not being released.. the CDC does not want panic. And as soon as someone says they have it. Or the public is informed now they have people rushing to the E.R wanting to be tested because someone they knew had it.. so. In that regard I fully understand the school not wanting it out there.

Like · Reply · 3w      1

**Rick Cohoon** Angelina Mayo I do not disagree... the point of this is how it was actually handled. This was not the appropriate way. Now they need to be held accountable for the way it was handled. That's what this is actually about.

Like · Reply · 3w      7

**Angelina Mayo** Agreed. 100% as a person in charge they should have come to you before resorting to police and intimidation.

Like · Reply · 3w      1

**Angel Cayer** Was she tested? I know someone that was told to self quarantine for 14 days. But without being tested we are not sure

Like · Reply · 3w      2

**Michelle Dewildt** As a precaution they are telling everyone with symptoms to self quarantine. It's a good idea with any illness really.

Like · Reply · 3w      2

Case 2:20-cv-00620-JPS    Filed 04/24/20    Page 15 of 41    Document 27-2

Search          Jen    Home    Find Friends    Create

was on a trip with my son. For me it is not fear spreading but
rather giving a heads up to parents.

Like · Reply · 3w                                        5

Write a reply...
Press Enter to post.

**Tina Hewitt** Keith Keller it's only against Hippa if somebody else did
it, not the patient themselves

Like · Reply · 3w                                        3

> **Rick Cohoon** Tina Hewitt I believe he removed his post.
>
> Like · Reply · 3w

**Terry Blake** Rick call a lawyer and find out what you can do. Straight
up bullshit.

Like · Reply · 3w                                        9

> **Rick Cohoon** Terry Blake we have an attorney, thanks to
> someone that this post reached.
>
> Like · Reply · 3w                                      1

> **Terry Blake** Rick Cohoon good I hope that lawyer is working
> on a case for you and your family.
>
> Like · Reply · 3w                                      1

**Sue Ervin** Unfair treatment

Like · Reply · 3w                     1

**Kimberly Jones** I say put the post back up. Sue them if they
threaten you again.

Like · Reply · 3w                                        4

**Sheila Frye** Rick, sorry for there shit of dont know shit stuff. Hope
Amyiah stay better and does bot get the virus.

Like · Reply · 3w                                        1

**Cynthia Sarac** Contact the CDC in Madison an advise them of the
situation and ask them what to do. When my daughter was in middle
school she contracted mumps, even though she was vaccinated. My
doctor had to report her to the CDC. She was ordered to quarantine
herself and I had to contact the school and all her friends that she
came in contact with.

Like · Reply · 3w                                        2

> **Rick Cohoon** Cynthia Sarac Exactly...
> That was our only concern as well, for the school to be
> advised and given all information. They were even told she
> was not tested, but advised they were erring on side of
> caution and enforcing the quarantine. It exploded afterwards.
>
> Like · Reply · 3w

> **Cynthia Sarac** Rick Cohoon have your doctor contact the
> CDC so that it's documented.
>
> Like · Reply · 3w                                      1

> **Angelina Mayo** Cynthia Sarac the CDC is only recording
> tested cases not suspected cases.
>
> Like · Reply · 3w                                      2

> **Cynthia Sarac** Angelina Mayo I would still confirm that with
> the CDC
>
> Like · Reply · 3w                                      1

> **Angelina Mayo** By all means yes. I just was saying I'm pretty
> sure they only record positive tests. As many have suspected
> cases. But the CDC is only reporting once a tested case is
> positive.

Search

Jen    Home    Find Friends    Create

**Rick Cohoon** Cynthia Sarac I have already made contact with WI Dept of Health regarding non tested vs diagnosed cases earlier this last week. Only tested cases (positive and negative) are reported to the Wi Dept of Health and CDC

Like · Reply · 3w · Edited      2

Write a reply...
Press Enter to post.

**Jeremy Matthew** Don't believe that this would meet the elements of violating the state statute for disorderly conduct. But the Sheriff might have just violated your constitutional rights. Need to contact the media and a civil rights attorney. Just another bully Sheriff making all of law enforcement look bad.

Like · Reply · 3w      13

**JimandPatty Heuer** Jeremy Matthew media is a good answer....they'll be all over this.

Like · Reply · 3w      3

**Rick Cohoon** Jeremy Matthew funny thing about disorderly conducts... they are used for a broad spectrum of reasons/reasoning.
The fact is it's a tool law enforcement can utilize to arrest you when no state law has been violated. They do not need to prove anything and most likely the DA will end up dismissing the charges. So the Law Enforcement Dept technically gets a win because they successfully arrested you & inconvenienced you.
Very rarely do you see anyone willing to be arrested based off their character. Human nature is to decline and move away from threats such as this.

Like · Reply · 3w      1

**Pj Manning Sr.** Jeremy Matthew they definitely have no power over your first amendment rights.

Like · Reply · 3w      1

Write a reply...
Press Enter to post.

**Ron Both** Rick Cohoon Did she ever test positive for the virus? I know there aren't a lot of tests available and just want people quarantined if they have symptoms. If they had enough tests to go around, they would be shocked at how many people have the virus right now and it would panic everyone, which it should. I hope Amyiah gets well soon. Good luck dealing with the rest of that B.S.

Like · Reply · 3w      2

**Rick Cohoon** Ron Both no, she was never tested on her original ER visit. She was diagnosed with "Upper Respiratory Virus having symptoms consistent w/ Covid-19" and they advised beginning the 2 week quarantine with her specific instructions to quarantine to her bedroom/bathroom and not the be allowed in rest of house. It wasn't until she was admitted to the children's hospital that she was tested a d it came back next day negative. They believe she would have tested positive had she been tested previously

Like · Reply · 3w · Edited      3

**Dayl Bochler** GOD be you you and your family, in Jesus name!

Like · Reply · 3w      1

**Julie Verburgt Carter** Hope your daughter is feeling better.

Like · Reply · 3w      1

**Rick Cohoon** Julie Verburgt Carter she is much better. She is still doing lung treatments at home. White blood cell count is back to normal.

Like · Reply · 3w      5

Search     Jen   Home   Find Friends   Create

Like · Reply · 3w

**Logan Wacholtz** Ashley Kozlowski

Like · Reply · 3w   1

**Tracey Sherwood** News agencies: wkow, channel 3000

Like · Reply · 3w   2

> **Rick Cohoon** Tracey Sherwood possible in the near future
>
> Like · Reply · 3w   1

**Darla Jo S. Nelson** I'm sorry guys. Is she okay?

Like · Reply · 3w   1

**Scott Osborne** I'm sorry to hear that... first...contact an attorney...second find the post that was initially up....3rd..absolutely bring it up with the administrator..this is a heavy hand measure to save face....i would also contact tv station reporters in madison

Like · Reply · 3w   8

> **Rick Cohoon** Scott Osborne oh no....
> I will not be contacting the school administrator, especially knowing his relationship with the Sheriff. That's not coming back to bite me. I will deal with the School Board and the County Board over these two.. plus who I've already contacted about them.
>
> Like · Reply · 3w   2

> **Scott Osborne** Rick Cohoon good deal... I'm simply mentioning letting him know your aware.... make him scramble...
>
> Like · Reply · 3w   1

> **Rick Cohoon** Scott Osborne the Deputy that responded was told we will no longer comply with any further contact without a lawyer. If he returns ir will be to follow thru with the Sheriffs threat of arrest.... unless the Sheriff and the School administrator want to be adults and actually talk about this effectively which is what should have happened in the first place
>
> Like · Reply · 3w   3

> Write a reply...
>
> Press Enter to post.

**Robert Rivera** Patricia Rivera

Like · Reply · 3w

**Sheri Anne** This is sickening. I am so glad my children do not go to that school anymore. Westfield school District is the worst school district, I have ever had to deal with. They do nothing about bullies there, because they are bullies themselves! You had every right to post that picture! I would definitely do something about it.

Like · Reply · 3w   6

**Mary Rajchel** That is totally bullshit. The people that are not letting the Heath Department know, can't be to smart. The are putting other people at risk. People get some BRAINS AND USE THEM. THIS VIRUS IS NOTHING TO BE KEEPING QUIET ABOUT

Like · Reply · 3w   6

**Mike Melland** As a former Chief Deputy, and Chief of a Police Department... you need a new Sheriff.

Like · Reply · 3w   12

**Jamie Popp-Baumann** So my question is did she or did she not test positive?

Like · Reply · 3w   4

Case 2:20-cv-00620-JPS   Filed 04/24/20   Page 18 of 41   Document 27-2

Search                                    Jen    Home    Find Friends    Create

**Rick Cohoon** Jamie Popp-Baumann please read the rest if the comments a d answers to comments.
I have repeatedly answered this question and its exhausting to have to keep addressing it. Thank you

Like · Reply · 3w                                                          1

**Joe Heiling** Well wtf i just read the post a second time and still dont understand if she has it or not. No wonder the sheriff was upset with u people ur posting really confusing shit about a very serious virus

Like · Reply · 3w                                                          1

**Rick Cohoon** Joe Heiling the answers to your question have been answered tirelessly in the comments... but since you have no time to obviously take a few minutes read through them and look for my replies/comments, here we go again.
She was diagnosed by the treating Dr at first ER visit with UPPER RESPIRATORY VIRUS HAVING SYMPTOMS CONSISTENT WITH COVID-19. She was not tested because if the restrictions on testing people due to shortage of materials at WI State Lab. Only certain categories if people were allowed to be tested.
She ended up back in Er with severe symptoms and the local ER in Portage had her ambulances to the UW Childrens Hospital for treatment. She was finally tested at UW due to admission to the hospital. Her results next day were negative. The medical staff believe she has Covid-19 and would have tested positive has she been tested to begin with. There is only a 7 day window to test for Covid-19
To help you understand our situation better, look at my latest post about the governor's press release on banning evictions and foreclosures. In this article is an admission that the positive #of cases reported are more likely ten times that amount because if patients who were not actually tested but were diagnosed with Covid-19 symptoms.

Like · Reply · 3w                                                          1

**Joe Heiling** Rick Cohoon im sry that wasnt very nice of me. I just worry too much about my little boy sometimes and also i did not have my coffee yet i shouldnt have been commenting on amything have a good day. Im very sry about ur daughter getting sick i hope the best for u and ur family during these crazy times

Like · Reply · 3w                                                          1

**Rick Cohoon** Joe Heiling no problem joe... understandable. In a nutshell here is my advise based upon what we have learned so far w Amyiahs case
-if you or anyone you know develop the symptoms and go to the ER and are "diagnosed" but not tested---have them do blood labs and check for a low white blood cell count. This indicates many things but the two most common are viral infection or cancer. If these get low enough you'll need medication to boost production to help fight the virus.
--any further breathing issues, no matter what get back to the ER for nebulizer and other treatments. (We should have been back to Er on several occasions but were being told there wasn't much more that could be done) we waited until Amyiah had very severe breathing issues.
Don't wait.... and have blood labs done again!
Stay safe Joe

Like · Reply · 3w                                                          1

**Joe Heiling** Rick Cohoon thank u very much for the information i think i better do some more research on it too

Like · Reply · 3w                                                          1

**Dirk Rahm** So she doesnt have it, nor documented to ever, have had it.

Like · Reply · 3w                                                          1

She was not originally tested at the ER.
Upon her return visit with worsening breathing problems she was ambulances to UW Childrens Hospital. They tested her finally and it was negative.
Her symptoms were treated as Covid-19
And instruction to quarantine her to her bedroom and bathroom ONLY--NOT THE REST OF HOUSE.
Her mother and I were just quarantined to the home.

Like · Reply · 3w    2

**Dirk Rahm** Rick Cohoon thank you for sharing.
She was never documented to have it.

Like · Reply · 3w

**Rick Cohoon** Dirk Rahm that is correct...she was not documented to the Dept of Health when diagnosed because she was not tested at the time.

Like · Reply · 3w    2

**Rick Cohoon** Dirk Rahm this is why the Dept of Health is now claiming there are possibly ten times as many cases of Covid-19 than were reported, because they did not test everyone that had been diagnosed/treated for Covid-19 symptoms

Like · Reply · 3w

**Dirk Rahm** Rick Cohoon this whole thing is a godamn disaster. From the top down.

Like · Reply · 3w    1

**Rick Cohoon** It is, very much agreed. They had better get a handle on it and get a vaccine developed.
They are now claiming April will be worse than March as they expect the #'s to be much more as each day goes by. The Wi State Lab is supposedly still missing crucial ingredients to fulfill testing, however the UW is doing their own testing and are not as limited to tests they can do for some reason.

Like · Reply · 3w · Edited

**JoAnne Kempf** Rick Cohoon Hi Rick, so sorry you & family are having to deal with this & hopefully your daughter makes a full recovery. CBS this morning did a segment on 'How the coronavirus is affecting rural America', March 21st. They did the segment on Wautoma. You may have seen it, if not, you can find it on YouTube. Dr. Rincon is interviewed and says the exactly what your ER doc stated. Is she going to be tested for the antibody? That would be amazing if she could help. Good Luck with everything.

Like · Reply · 1d

Write a reply...
Press Enter to post.

**David Zuelke** in 2019 i had lots and i mean LOTS of money stolen from me and marquette county would NOT do a report!! then i had PROOF a woman abused animals and i had witnesses and againg they would NOT do a report. yet they go after some one for this? remember people ALL county, state, and federal employees work for us not the other way around. i guess thay are now denying us freedom of speech. heres another thing i get a post card in the mail and turn it over it tells me about corona virus all the stuff we know and heard about on tv HOW much did this cost the tax payer to send out a post card on what we all ready know?

Like · Reply · 3w    5

**Roberta Cain** How unprofessional of the Westfield School Administrator. Actions resulting from panic are often poor choices. I hope your daughter is a senior and does not have to return to that school.

Like · Reply · 3w    8

**Maggie Mraz** Yep...we can only test a small portion of those sick..govt has to keep is in control..they are afraid of panic

**Kenneth Halase** Don't let them get away with that bull shit fuck them

Like · Reply · 3w    1

**Kristy Turner** So instead of showing care for your child, a student that is supposed to be their chief concern as administrators- they contacted local law enforcement to bully you and your family while you are already dealing with a major stressor? Sounds like what some of these agencies do. Also, this is not the first time that has happened, which is why it's been so underreported!! I hope and pray that y'all find peace, and she recovers fully. And yeah, I would totally bring this to the attention of the media.

Like · Reply · 3w    6

**Douglas M Schuetz** Good luck with that.

Like · Reply · 3w    1

**Britt Rain** Ah. So now regular law abiding citizens are getting to see the true colors of leo. They can't be investigated by anyone but themselves to oversee it. This has been happening for years to millions of people. And most just say oh well it doesn't affect me so who cares?? Until it comes knocking on your door. Our rights are not what we think they are. Guilty until proven innocent is the reality of our criminal justice system. Harsh but true. They have the power. We have none.

Like · Reply · 3w · Edited    1

**Tami Wendorf** Hope your daughter is feeling better. Times are scary right now. But when she posted that she is winning this battle and that she has it, that will cause a panic with all the kids she was around and now their families. I'm sure the school got tons of phone calls because they were panicking now. If you thought you might have been exposed, maybe a phone call to your boss instead of coming into work would not have caused a panic there. The school should have touched base with you before sending law. They should have canceled the trip, as other schools canceled theirs. As a parent and someone working in the public, the less contact we have the better.

Like · Reply · 3w    4

> **Rick Cohoon** Tami Wendorf I was at work when Amyiah was diagnosed, so I let them know immediately. Angie messaged me a copy of the Drs diagnosis and quarantine plans. I didnt have a choice in the matter. We were under order to advise our supervisors immediately of any suspected direct contact with possible Covid-19.
> This isn't about the trip. They were almost ready to return home when all of this hit the fan.
> No matter if she had been tested, even doing so would never determine how or when or even where she contracted the symptoms.
> It's possible she could have got it from either her mom or I since we work at Casino and it was open for another week or more after she got home. As for the school-- they are grown ups and yes, should have handled it differently. They chose to handle it this way... nobody forced them too. This is on them, nobody else.
>
> Like · Reply · 3w · Edited    4
>
> **Tami Wendorf** Rick Cohoon yes they should have handled that differently. Sorry you guys are going through this. It's a parents worst nightmare.
>
> Like · Reply · 3w    2
>
> **Rick Cohoon** Tami Wendorf
> Take this seriously and stay safe my friend!
>
> Like · Reply · 3w    1
>
> **Tami Wendorf** Rick Cohoon thank you. Agreed.
>
> Like · Reply · 3w    1

Write a reply...

Press Enter to post.

Case 2:20-cv-00620-JPS    Filed 04/24/20    Page 21 of 41    Document 27-2

**Joann Cotton** Scott, us too!

Like · Reply · 3w

**Joann Cotton** This sadly doesn't surprise me. We pulled our child from this school because of the outrageous bullying not just from kids. The administration is by far the worst at bullying. If you don't agree...they use the police as their guard dogs.

I hope your family heals fast. It's really scary right now...even more so when its your child.

Like · Reply · 3w · Edited                                          3

**Natasha Driscoll** I hope she feels better soon- i think its terrible that people aren't getting tested- so of course the numbers not going to show up as cases in our county- then people think its not among us

Like · Reply · 3w                                          2

**Rick Cohoon** Natasha Driscoll exactly.
Did you see the article on Gov. EVERS Latest press conference and orders?
Very interesting paragraph in the article about how the WI Dept of Health is a knowledging there a far more cases of Covid-19 unaccounted for because of the diagnosed cases that were not tested. They now believe there are a minimum of ten times more cases in WI than what has been recorded and tested
Finally some backup for what we have been talking about and fits exactly what we went through with Amyiah!

Like · Reply · 3w                                          2

**Tina Schoebel** Rick Cohoon h

Like · Reply · 3w

**Rick Cohoon** Tina Schoebel ??

Like · Reply · 3w

**Tina Schoebel** Rick Cohoon

Like · Reply · 3w

Write a reply...

Press Enter to post.

**Bob Perkins** The thing that think is really sad is from what you said, they never even asked if it was confirmed or not. Just to take it down. As if they didn't care if she had the virus or not, they didn't want the community to know.

Like · Reply · 3w                                          4

**Rick Cohoon** Bob Perkins they have their head in the sand because the only test showed negative. So they "believe" you couldn't have tested positive any time frame previously...and they are dead wrong.

Like · Reply · 3w                                          1

**Bob Perkins** Rick Cohoon oh I know.

Like · Reply · 3w                                          1

**David Tripp** It's a part of the condition and bill of rights freedom of speech take care of yourself and your family David from central Wisconsin

Like · Reply · 3w                                          1

Search      Jen   Home   Find Friends   Create

threatening to arrest you all! Why are they trying to hide the fact that someone in the community potentially contracted COVID-19? Isn't that something people should know, so that they take extra cautions and preventive measures to prevent contracting it themselves? And wtf is up with the school board how dare they put a child on blast like that saying they are just seeking attention without knowing the facts? This is an example of why I hate Marquette county! I wish you guys the best and good health! I'm 100% on your side and back you up!!!

Like · Reply · 3w · Edited    2

**Hide 11 Replies**

 **Jake York** Eric Preissner This does not surprise me at all especially being Marquette county! Lived here all my life and I wouldn't trust them if my life was endangered!

Like · Reply · 3w    2

 **Jake York** Eric Preissner Also wouldn't surprise me if they tried to pull some b******* on this person again or anyone for posting this!

Like · Reply · 3w    1

 **Rick Cohoon** Jake York I'm waiting for 2 Marquette County Squads and Deputies to arrive at anytime lol

Like · Reply · 3w    2

 **Jake York** Rick Cohoon just 2 of them? Lol It's a good possibility for more than that depending how bored they are!

Like · Reply · 3w

 **Jeff Hummel** So how many covid -19 cases are actually in Marquette county but being hidden from the county itself!! This should get to the governor some how!

Like · Reply · 3w    3

 **Rick Cohoon** Jeff Hummel it has I'm sure. In his press release yesterday a out banning evictions and foreclosures the health dept finally realizes what's actually going on and now believe the reported # of cases is at least 10 more due to cases that were not tested

Like · Reply · 3w

 **Jeff Hummel** Rick Cohoon I read that article you posted !! Thank you my dad told me about it 2 days ago also!! How is your daughter ?? Is she ok ???

Like · Reply · 3w

 **Rick Cohoon** Jeff Hummel she is back home and doing much better. She is doing her inhaler as needed but it's less and less everyday. Thank you

Like · Reply · 3w    1

 **Jeff Hummel** Rick Cohoon sent you a friend request ! Good news ! So this is/was a confirmed case of covid-19 in Marquette County !!! Un- reported and in fact shut down by Marquette Shariffs office!!! Wtf

Like · Reply · 3w · Edited

 **Rick Cohoon** Jeff Hummel it is a very probable case....it cannot be confirmed yet due to not having a positive test result. The symptoms were diagnosed though..yes. Eventually they will be able to test her with a special blood test that will detect the virus and verify if it was Covid-19 or other

Like · Reply · 3w    1

 **Jeff Hummel** Never have a county sheriff drive by, but I already did this morning!

Like · Reply · 3w

**Erik Van Der Voort**



13

Like · Reply · 3w

**Jacob Solterman** Erik Van Der Voort "Those who would give up essential Liberty, to purchase a little temporary Safety, deserve neither Liberty nor Safety."

That is the actual qoute.

https://www.npr.org/.../ben-franklins-famous-liberty...



NPR.ORG
Ben Franklin's Famous 'Liberty, Safety' Quote Lost Its Context In...

Like · Reply · 3w

**Erik Van Der Voort** Pretty close, covers the gist of the idea

Like · Reply · 3w

**Rick Cohoon** Very interesting read... especially about what the WI Dept of Health comments on about how the numbers of positive tests is askew because of the number of patients presenting with symptoms but ARE NOT TESTED. They now believe that number to be off by up to ten times the reported number if not more.
Exactly what I have been trying to get people to understand... but few will listen.
Here's your chance to read it for yourself:
https://wkow.com/.../gov-evers-bans-eviction.../



WKOW.COM
Gov. Evers bans evictions, foreclosures; COVID-19 cases exceed 800

2

Like · Reply · 3w

**Jason Grose** You should consider filing criminal complaints against the deputies who threatened you with arrest with no legal authority to do so and against the sheriff. There could be a lawsuit here too. Might want to talk to a civil rights attorney.

3

Like · Reply · 3w

**Mike Eberle** They have absolutely no basis to make an arrest. Everyone just needs to calm down about the situation and start being rational.

3

Like · Reply · 3w

**Rick Cohoon** Mike Eberle they use "disorderly conduct" citations and sometimes arrests like toilet paper. It's a "tool" they use for a broad spectrum of reasons. Most disorderly conduct cases are dismissed.
The police know this.... the point though is they dont care because at the time of arrest it shows/proves their authority and more importantly is messes with your livelihood at the time because you get to wait until they release/process you at the jail rhen call for a ride and wait some more. They can just cite you from their vehicle..but if the cop wants to be a dick they can arrest you and process you at jail.
It's a psychological thing

Search

Jen    Home    Find Friends    Create

**Mike Henning** Post away.

Like · Reply · 3w                1

**John Vogelsang** Sounds like u need a good attorney

Like · Reply · 3w                4

**John Vogelsang** Marquette and Adams counties have been corrupt
for decades
Your going to see the corruption at it's finest during this time
Horrible horrible ppl

Like · Reply · 3w                6

**Marie Clark** https://www.theatlantic.com/.../who-gets-.../607999/...

THEATLANTIC.COM
America Isn't Testing for the Most
Alarming Coronavirus Cases

Like · Reply · 3w                1

**Rick Cohoon** Marie Clark yes...exactly what is happening in
Wi.
Personally I believe they are trying to control the #'s to
prevent mass panic.
Notice how it took forever to get to 800 cases.... now all the
sudden since Fri the numbers are taking off?

Like · Reply · 3w                3

**Sarah Jones** I personally think the issue here is, I don't know them
or how old she is. But I don't know many middle schoolers or
Highschool kids that wouldn't post that. She went to the hospital,
was told to quarantine, all the symptoms of covid -19......but they
won't test. So I'm sure in her eyes the families eyes, she HAD it.
Was rushed to uw-children's, was treated FOR it. Took the pic.

During that time.....

-How many concerned "friends/classmates" reached out and asked if
she was tested?

-how many "concerned parents" concerned parents called the family
instead of the school?
A. She if she was ok?
B. See if she was tested and what those results where.

-the school was notified it's a possibility per docs orders....did the
school call back?? Family says no! ISSUE.

-did the school call to see if they have results, see if she's ok, see if
she did get tested?? -family says no.
Issue!!!

-next day test came back negative, while this CHILD is SICK... how
many of those phone calls happened still??? Yes she should have
made a different post, how sick was she, how many posts did she
make after she found out....

-police come.

- was there a conversation learning experience being taught?

-hey girl....do u understand why u would cause unnecessary panic, u
should have taken another pic of HEY it's NEGATIVE friends!?
The school could have called and had that conversation!! Don't
adults work there that work with kids every day??? Don't they know
how to deal with them??? Instead, unknowing if she was positive or
negative they sent the cops????
Is how understood all the story!
I'd be irate also if I was this family, cops coming to my house, when I
never received 1 phone call from the school???
A teaching moment flew out the window!

My understanding...from friends/family/& other hearsay
This is not the first time, either the principal or whoever at the school
instead of having an adult conversation called the cops and have
them deal with it.
Cuz cops don't have anything better to do then tell a child to take
down an Instagram post!?!

Like · Reply · 3w                8

4/23/2020                    Rick Cohoon - So this happened yesterday Fri evening: Knock at the...

Search                          Jen    Home   Find Friends   Create

and school was absolutely ZERO! No calls, texts, letters---
nothing.
Then the school administrator calls Sheriff complaining about
irate calls to school this demands she take the post down
since she tested negative. So the Sheriff sent a deputy to do
his dirty work and deliver a personal message to our family on
his behalf.

Like · Reply · 3w · Edited                                    2

**Ken Morales** well apparently the cops DON"T have anything
better to do then to tell a child to take down an Instagram
post; Or they would be doing THAT important thing. Basically
a Thug with a badge sent his lackey to scare a child with the
threat of arrest.

Like · Reply · 1d                                             1

**Ted Pope** Let them take you and then sue the heck out of them.

Like · Reply · 3w                                             2

**James Meilahn** Should have stood your ground , if you or anyone
had a suspected case they couldn't put you in jail anyways . Public
health nightmare !!!! You would have won a hefty lawsuit!!!

Like · Reply · 3w                                             2

**Rick Cohoon** James Meilahn it's not over. I'm sure by time
this catches their attention I'll have 2 squads and deputies in
my driveway.

Like · Reply · 3w                                             1

Write a reply...
Press Enter to post.

**Vannessa Rodello** And yet 45 still sits in the white house spewing
misinformation.

Like · Reply · 3w                                             6

Hide 60 Replies

**Melanie Nawrot** Vannessa Rodello trump was praised by the
W.HO. chief on how he is handling this virus.. he is handling
this far better than Obama did h1n1.

Like · Reply · 3w                                             10

**Vannessa Rodello** Melanie Nawrot Smoke another

Like · Reply · 3w                                             4

**Melanie Nawrot** Vannessa Rodello cant accept facts?

Like · Reply · 3w                                             3

**Vannessa Rodello** Melanie Nawrot Won't accept delusion.

Like · Reply · 3w                                             3

**Melanie Nawrot** Vannessa Rodello then stop being deluded.

https://youtu.be/ZyFxagpdnN0

YOUTUBE.COM
WHO officials praise President
Trump on coronavirus pandemic...

Like · Reply · 3w                                             5

**Tim Rabideau** Melanie Nawrot find something that's not run
by the lue spewing left. Sorry you don't want to heat the truth,
but continue to live in your lies it does look like its working for
you. Post something that hasn't been proven to be false.

Like · Reply · 3w                                             2

Search          Jen    Home    Find Friends    Create

people as yourself can not accept facts.

Like · Reply · 3w                                    2

**Justin Belant**



Like · Reply · 3w                                    3

**Justin Belant**



Like · Reply · 3w                                    3

**Justin Belant** https://www.independent.co.uk/.../coronavirus-video-trump...

INDEPENDENT.CO.UK
Video emerges showing Trump talking about cutting pandemic...

Like · Reply · 3w                                    5

**Melanie Nawrot** Justin Belant the FDA was following regulations put in place by the last administration, trump lifted those regulations so that other places can provide materials we need and to provide testing, trump also put the travel ban in when we got our first case in the USA, trump never called the virus a hoax but rather stated the Democrats using the virus as a political weapon was a hoax, the cdc and WHO stated trump putting the travel ban in place helped prevent the spread of the virus while the left claimed trump was racist for the travel ban.. you liberals really ought to seek facts and not beleive everything you see in a meme on fb

Like · Reply · 3w                                    2

**Melanie Nawrot** Justin Belant
https://www.washingtonexaminer.com/.../cdc-denies...

WASHINGTONEXAMINER.COM
CDC denies Democrats' claim Trump slashed funding to...

Like · Reply · 3w                                    1

**Justin Belant** Melanie Nawrot
https://www.nytimes.com/.../trump-coronavirus-factcheck.html



Search

Jen    Home    Find Friends    Create



Analyzing the Patterns in Trump's
Falsehoods About Coronavirus

Like · Reply · 3w                                        3

**Melanie Nawrot** Justin Belant New York times? Lol now that's
laughable. I wonder if they paid for that lawsuit yet for false
reporting on that catholic boy...

Like · Reply · 3w                                        2

**Melanie Nawrot** Justin Belant
Trump has been in office for 3 years. what has he done?
Other than dodging the darts the media & Pelosi have
thrown?!?

What have PRESIDENT TRUMP & his cabinet
accomplished?

Here you go.
* Trump recently signed 3 bills to benefit Native people. One
gives compensation to the Spokane tribe for loss of their
lands in the mid-1900s, one funds Native language programs.
The third gives federal recognition to the Little Shell Tribe of
Chippewa Indians in Montana.
* Trump finalized the creation of Space Force as our 6th
Military branch.
* Trump signed a law to make cruelty to animals a federal
felony so that animal abusers face tougher consequences.
* Violent crime has fallen every year he's been in office after
rising during the 2 previous years.
* Trump signed a bill making CBD & Hemp legal.
* Trump's EPA gave $100 million to fix the water infrastructure
problem in Flint, Michigan.
* Under Trump's leadership, in 2018 the U.S. surpassed
Russia & Saudi Arabia to become the world's largest producer
of crude oil.
* Trump signed a law ending the gag orders on Pharmacists
that prevented them from sharing money-saving information.
* Trump signed the "Allow States & Victims to Fight Online
Sex Trafficking Act" (FOSTA), which includes the "Stop
Enabling Sex Traffickers Act" (SESTA). Both give law
enforcement & victims new tools to fight sex trafficking.
* Trump signed a bill requiring airports to provide spaces for
breastfeeding Moms.
* The 25% lowest-paid Americans enjoyed a 4.5% income
boost in November 2019, which outpaces a 2.9% gain in
earnings for the country's highest-paid workers.
* Low-wage workers are benefiting from higher minimum
wages & from corporations that are increasing entry-level pay.
* Trump signed the biggest wilderness protection &
conservation bill in a decade & designated 375,000 acres as
protected land.
* Trump signed the Save our Seas Act which funds $10
million per year to clean tons of plastic & garbage from the
ocean.
* He signed a bill this year allowing some drug imports from
Canada so that prescription prices would go down.
* Trump signed an executive order this year that forces all
healthcare providers to disclose the cost of their services so
that Americans can comparison shop & know how much less
providers charge insurance companies.
* When signing that bill he said no American should be
blindsided by bills for medical services they never agreed to in
advance.
* Hospitals will now be required to post their standard charges
for services, which include the discounted price a hospital is
willing to accept.
* In the eight years prior to President Trump's inauguration,
prescription drug prices increased by an average of 3.6% per
year. Under Trump, drug prices have seen year-over-year
declines in nine of the last ten months, with a 1.1% drop as of
the most recent month.
* He created a White House VA Hotline to help veterans &
principally staffed it with veterans & direct family members of
veterans.
* VA employees are being held accountable for poor
performance, with more than 4,000 VA employees removed,
demoted, & suspended so far.
* Issued an executive order requiring the Secretaries of
Defense, Homeland Security, & Veterans Affairs to submit

Search | Jen   Home   Find Friends   Create

most federal employees will see their pay increase by an average of 3.1% — the largest raise in more than 10 years.
* Trump signed into law up to 12 weeks of paid parental leave for millions of federal workers.
* Trump administration will provide HIV prevention drugs for free to 200,000 uninsured patients per year for 11 years.
* All-time record sales during the 2019 holidays.
* Trump signed an order allowing small businesses to group together when buying insurance to get a better price
* President Trump signed the Preventing Maternal Deaths Act that provides funding for states to develop maternal mortality reviews to better understand maternal complications & identify solutions & largely focuses on reducing the higher mortality rates for Black Americans.
* In 2018, President Trump signed the groundbreaking First Step Act, a criminal justice bill which enacted reforms that make our justice system fairer & help former inmates successfully return to society.
* The First Step Act's reforms addressed inequities in sentencing laws that disproportionately harmed Black Americans & reformed mandatory minimums that created unfair outcomes.
* The First Step Act expanded judicial discretion in sentencing of non-violent crimes.
* Over 90% of those benefitting from the retroactive sentencing reductions in the First Step Act are Black Americans.

Like · Reply · 3w · Edited        1

 **Melanie Nawrot** Justin Belant by any chance do you think maybe Obama should have done a travel ban on h1n1 that killed more Americans than this virus has thus far?

Like · Reply · 3w        1

 **Justin Belant** Melanie Nawrot Either read the source and address it, or stop contributing to the conversation. I'm not in this as a partisan "rah rah" celebration. People are dying. You are evidence of a strange "cult of personality" that puts the defense of the president's public image before things like basic logic, humanity, and common decency.

Like · Reply · 3w         3

 **Christy Fleischer** Wow, just wow!! We have a saying in our house Justin, never argue with an idiot because they'll just drag you down to their level and beat you with experience!! Don't let Melanie drag you down to her ignorant level!! You are correct about the cult, they refuse to see the truth, even if you put it right in front of them. We have become a laughing stock among other countries due to them electing a failed game show host with half a brain cell to run our country!!

Like · Reply · 3w         5

 **Melanie Nawrot** Justin Belant I dont have to read the source when I have watched the world health organization chief praise trump for how he is handling this, when I have watched trump do what he can for our nation.. yes people are dying, who's fault is that? CHINA. Stop putting the blame where it doesnt belong. I have to laugh though because you trump haters tout about how trump is handling this yet were silent when thousands died from the h1n1 that was poorly handled by your god Obama .

Like · Reply · 3w        2

 **Melanie Nawrot** Christy Fleischer failed game show host? He accomplished more in 3 yrs than Obama did in 8... cult? I am a policy voter which makes it easy for me to vote for trump. Want to see how well Democrat policies work? Go visit Nancy's district, dont forget your poop map.

Like · Reply · 3w        1

Search          Jen    Home    Find Friends    Create

dollars should pay for "free" healthcare for illegals.. I dont beleive in sanctuary states or cities, I dont agree with abortion up to the due date for the so called "mothers health ", I dont beleive my AR15S should be banned, I dont beleive here in Wisconsin any illegals that broke our law to be here should be rewarded with a drivers license.. I dont beleive we should have our essential products like medication made by a communist country like china, I beleive we as a nation should not have to rely on other nations but rather be self efficient. As a farmer I am glad china is now paying more than they have in history for our products and hard work.

Like · Reply · 3w                                              3

 **Melanie Nawrot** You see folks.. when it comes down to policies of trumps versus the Democrats, those who blindly hate trump cant debate what they support. A clear example of blind voters that talk crap to educated voters that vote based on policies that actually effect our lives and future.

Like · Reply · 3w                                              4

 **Tim Rabideau** Melanie Nawrot wrong again.

Like · Reply · 3w                                              1

 **Tim Rabideau** Melanie Nawrot your nothing but another retarded bitch on the internet that is completely useless on the topic.

Like · Reply · 3w                                              1

 **Tim Rabideau** Melanie Nawrot actually post something factual, you know something that hasn't been proven to be false or a lie

Like · Reply · 3w                                              1

 **Melanie Nawrot** Tim Rabideau what I stated is factual... if you feel anything I said is not then by all means prove it.

Like · Reply · 3w                                              1

 **Tim Rabideau**



GIPHY

Like · Reply · 3w

 **Tim Rabideau**




MY MOM SAYS IM

GIPHY

Like · Reply · 3w

**Melanie Nawrot** Tim Rabideau go play with your toys kiddo..

Like · Reply · 3w      1

**Tim Rabideau** Justins sources have more back bone and factual evidence than any of your fake news. All you did was share a YouTube source from a news station, that has been proven to be a biased truth twisting station. Go and continue to watch your fox smarty pants. Keep your specialness to yourself.

Like · Reply · 3w · Edited    1

**Tim Rabideau** Should really look into your so called facts and double check there credible.

Like · Reply · 3w      1

**Melanie Nawrot** Tim Rabideau kiddo, what I provided was a video of the WHO chief making a statement... regardless where the video comes from it is the actual chief of WHO that is in said video in which you can hear it straight from his mouth... if you want to claim anything otherwise then by all means contact the world health organization and let them know they are wrong and you know better lol. Your a child, my kids age, I dont have time to argue with a kid today..

Like · Reply · 3w      1

**Tim Rabideau** Melanie Nawrot try again Sweety, sorry im not a drug addict so i don't age like you do. Plus the number of scientists that can proove your little WHO chief wrong have already been done. Try researching

Like · Reply · 3w      1

**Tim Rabideau** Try thinking with your own brain and not being controlled like the sheep you are

Like · Reply · 3w · Edited    1

**Tim Rabideau** Oh and you should really look into other peoples sources too     yours have been made irrelevant by Justin's

Like · Reply · 3w      1

**Melanie Nawrot** Tim Rabideau sweetheart you are friends with my sons brother Casi, you are my kids age.. I am a grandmother... you seem to not understand the WHO chief is a scientist and the world health organization is what the cdc follows.. you may want to educate yourself on these organizations to better understand their credibility

Like · Reply · 3w      1

**Tim Rabideau** Melanie Nawrot the guy that's backed only by trump so much credibility there

Search                                    Jen    Home    Find Friends    Create

**Tim Rabideau** Melanie Nawrot I do understand very well that
he has no idea what he's talking about or how to even do his
job

Like · Reply · 3w                                              1

**Melanie Nawrot** Tim Rabideau the guy that's backed only by
trump? Who are you talking about? The chief of the WHO?
That chief is backed by every country in the world and the
cdc... listen kiddo, you really dont have any idea what you are
talking about, you seem to be suffering from TDS.. you have a
nice day

Like · Reply · 3w                                              2

**Tim Rabideau** Melanie Nawrot you and your mental illness
have a great day          you should take what you say and use
it on yourself. Would make you look less like a retard
he's backed only by trump yes! The other countries back him
out of fear due to fear mongering by the media. Your just
another one of those sheep believing everything there told,
even if its by someone on the same corrupt level as trump

Like · Reply · 3w · Edited                                     1

**Melanie Nawrot** Tim Rabideau only one here looking
retarded is you... you have no clue what you are talking about.
You seem to have quite a bit of hate towards our president...
you are welcome to send that check he sends you to me.. lol

I understand you are against school choice, justice reform,
lower taxes, 2nd amendment rights, better trade deals, lower
costs in RX prices... you are probably one of those kids who
like bernie and thinks everything is free...

Just remember kiddo, you can vote your way into communism
but you have to shoot your way out

Like · Reply · 3w                                              3

**Tim Rabideau** Melanie Nawrot and what do you think trump
is doing, your to far gone to even start to get the truth. Your
the only one here looking retarded

Like · Reply · 3w                                              1

**Tim Rabideau** Melanie Nawrot hang yourself, and end you
stupidity. The less blind followers like you are around. The
better the american people will be.

Like · Reply · 3w                                              1

**Melanie Nawrot** Tim Rabideau what did trump do? Well for
starters he lowered our taxes, he also cut out a lot of Obama's
regulations that hurt small business owners like my mom, he
brought companies back to the USA providing more jobs,
under trump we have had the lowest unemployment rate in
history highest stock market in history and best economy in
history... trump also got china to pay farmers more than ever
have in history... you really should educate yourself, you can
start here... and seriously kiddo if you cant at least try to talk
like an adult, then maybe try sitting back and allow the grown
ups to talk..

https://www.dol.gov

DOL.GOV
**Home | U.S. Department of Labor**

Like · Reply · 3w                                              2

**Tim Rabideau** Melanie Nawrot and that was all a trail for
trump to follow left by obama. Trump would be nowhere if
obama didn't do what he did          trump hasn't done a god
dam thing that wasn't already set in place by someone else.
That there just proves your true stupidity.

Like · Reply · 3w                                              1

Search         Jen   Home  Find Friends  Create



Like · Reply · 3w



**Melanie Nawrot** Tim Rabideau actually dear, if you would educate yourself with the department of labor website I provided you, you would see it was due to trump not obama.. after all, obama claimed we would never get to 3% he further stated trump would need a magic wand to do it.. nope, rather all trump had to do is get rid of Obama's regulations that prevented us to reach that 3%... under obama we had the highest amount of people on welfare, under trump the lowest.. numbers dont lie buttercup.

Like · Reply · 3w    



**Tim Rabideau** Just like the stock market
Just like tax cuts
Just like jobs(when fox con fucked us over) he planned it and blamed the outcome on someone else. The list of the other dozens of stolen claims goes on

Like · Reply · 3w



**Tim Rabideau** Your just plan pathetic to believe all the bullshit you're spewing put of your    hole of a mouth

Like · Reply · 3w



**Melanie Nawrot** Tim Rabideau do you agree with school choice or justice reform?

The stock market went up due to good trade deals trump accomplished, of course along with the company's trump got to come back to the USA, tax cuts trump did, when it comes to fox con, that while mess goes a lot deeper...

Like · Reply · 3w    



**Tim Rabideau** Melanie Nawrot stock market went up do to war threats

Like · Reply · 3w



**Melanie Nawrot** Tim Rabideau you are denying basic facts kiddo.. but hey, how about you just contact the department of labor and tell them they are wrong. Let us know how that works out for you.

And no when we have war threats the stock market goes down dear.. maybe you should revisit 5th grade history class

Like · Reply · 3w    



**Tim Rabideau**



Like · Reply · 3w



**Tim Rabideau** Melanie Nawrot maybe you should stop being a close minded retard and look at actual facts. Not the bullshit lies you've listed. Everything you've said has been proven false countless times already. Do some research for yourself and learn some truth. Little sheep, you'll hurt your little brain if you push too hard, and don't forget to take your meds now. Don't want your mental illness getting in the way of your shit spew of "facts"

Like · Reply · 3w

**Tim Rabideau** Melanie Nawrot there's no facts to deny

https://www.facebook.com/rick.cohoon/posts/1557500557737544        22/30

**Tim Rabideau** nothing but a dum down syndrome cunt

Like · Reply · 3w

**Melanie Nawrot** Since the kid blocked and ran... I will just leave this link here that shows the stock market history during wars or attacks... proving tim wrong yet again.. seriously kids, lay off the tide pods.

https://www.investopedia.com/solving-the-war-puzzle-4780889

> INVESTOPEDIA.COM
> **How the Modern Stock Market is Affected by War**

Like · Reply · 3w

**Nancy Kloskowski** Tim Rabideau grow up, talking like that. You are just showing your ignorance by being nasty.

Like · Reply · 3w                                          1

**Tim Rabideau** Nancy Kloskowski get out of here with your fake ass profile.

Like · Reply · 3w · Edited

**Barbara Dierschow** #TRUMP2020

Like · Reply · 2w

Write a reply...
Press Enter to post.

**Albert Sheetz** Should have made him a rest you

Like · Reply · 3w                                          1

**Rick Cohoon** Albert Sheetz that was the plan, but he repeated his instructions from the Sheriff to Amyiah when he told her to remove the post. He didnt ask...he told her to remove it or he would have to arrest her parents a d take them to jail. He scared the shit out of her.

Like · Reply · 3w                                          3

Write a reply...
Press Enter to post.

**Shelby Joy** Westfield is ridiculous

Like · Reply · 3w                                          1

**Carol Lyda-Cole** Excuse my language, those mother fuckers and I will share

Like · Reply · 3w                                          1

**Stephanie Dibble** Unacceptable!!

Like · Reply · 3w                                          1

**Wendy Hurst Long** I pray your daughters health has improved & you & your family are well.

Like · Reply · 3w                                          4

**Rick Cohoon** Wendy Hurst Long she is doing much better. A little weak yet but improving everyday

Like · Reply · 3w                                          2

Write a reply...
Press Enter to post.

**Suzanne Royston Habada** This should never be tolerated, so sorry Sharon, good luck.

Search                                    Jen    Home    Find Friends    Create

**Jon Thome** They are very crooked over in Marquette county! I don't know how they get away with what they do!!

Like · Reply · 3w                                    3

**Justin Bricco** Bum a** school district i.m.o. and bum a** county officials i.m.o.

Like · Reply · 3w                                    2

**Brandan Tiffany** That deputy woulf of gotten his hands filled with trouble come at me telling me i dont have freedom to media but fake news spreading pandemic and outrage out lile candy...

Like · Reply · 3w                                    1

**Tracy Hoffman** I'm so sorry you were treated in such a manner while trying to take care of your child. Wishing you and your family all the best.

Like · Reply · 3w

**Rhiana LeNae Olson** That's awful. Should be held accountable. Isn't there some sort of legality to shooting police who infringe on your life, liberty, freedom? Such as unlawful arrest and threats? Lots of boogie boys out there just waiting for something like this. You'd think the corrupt ones would proceed with a little more caution and common sense.

Like · Reply · 3w                                    2

**Sharilyn Lema** Get over it

Like · Reply · 3w                    3

> **Rhiana LeNae Olson** Sharilyn Lema uh... Go roast yourself you fat pig bootlicker
>
> Like · Reply · 3w                                    5

> **Sharilyn Lema** Ive been called worst by better than you
>
> Like · Reply · 3w

> **Scott Bohl** Rhiana LeNae Olson read her page.. all she wants is everyone to go get her food
>
> Like · Reply · 3w                                    4

> **Josh Gilman** Sharilyn Lema
>
> 
>
> Like · Reply · 3w                                    4

> **Ariel Lynn Wuteska** So insensitive
>
> Like · Reply · 3w

> **Chris Langdon** Sharilyn Lema maybe you don't understand but in these two counties Green Lake and Marquette County the sheriff's department and the court system have been overstepping their bounds greatly crushing people's civil liberties maybe when this happens to you you'll understand it
>
> Like · Reply · 3w

Write a reply...

Press Enter to post.

5

**Trista Rodriguez** Protect the wallet serve themselves. Good luck with this one man. Corruption like no other man the truth behind it all is crazy....

Like · Reply · 3w

1

**Renee Witt** Wow

Like · Reply · 3w

**Dorothy S. Imwold** Time to call the ACLU.

Like · Reply · 3w

**Marie Clark**



2

Like · Reply · 3w

> **Rick Cohoon** Marie Clark thank you Marie
>
> Like · Reply · 3w

> **Marie Clark** Welcome
>
> Like · Reply · 3w    1

> Write a reply...
>
> Press Enter to post.

**Julie Marshall** I have seen this!!!! Hugs

Like · Reply · 3w    1

**Jeanne Luebke Macho** What about her Hippa rights? How did they verify her medical info??

Like · Reply · 3w    1

> **Rick Cohoon** Jeanne Luebke Macho they didnt.... and never asked. The Deputy didnt even want to see her paperwork from hospital.
> He was here on specific orders from his boss, the Sheriff to remove her post...not to ask ?'s or investigate.
>
> Like · Reply · 3w

> **Jeanne Luebke Macho** Rick Cohoon wow. Doesn't surprise me tho, with all the things they are doing in this power grab.
>
> Like · Reply · 3w    2

> Write a reply...
>
> Press Enter to post.

**Lady Andrea Nagy Scoville** This is pretty fucked up! You see all over on every news station how they interviewing DIAGNOSED + CORONA PATIENTS! Do all those people get in trouble for putting them-self out there? Whatever is the school and the Cop doing THEY ARE WRONG! As long as she made an accurate statement/post,they have no right to harass her! For example: I post a picture of me in the er stating i got the virus,yet i just bsing! But she didnt do that! HIRE AN ATTORNEY!

Like · Reply · 3w    1

Search

Jen    Home    Find Friends    Create

attorney we are talking with now.

Like · Reply · 3w

Write a reply...
Press Enter to post.

**Jeffrey Liesse** And who's fighting the Boolean in that area the Terrapin School administrator that must be one hell of a school district for bullying

Like · Reply · 3w

**Chris Langdon** That's the problem nowadays with these two court systems both Green Lake and Marquette County are becoming so corrupt the one judge from Marquette County is the one doing the Civil Court for the gentleman that is having his civil rights stripped from him by the judge I believe at one point in time the people are going to have enough with these judges and crooked officials in Marquette and Green Lake County and should vote them out

Like · Reply · 3w                                                    4

**Bryen Edwards** Just tell the truth it'll come out in the end anyway

Like · Reply · 3w                                                    1

**Bryce Gohlke** There just trying to make themselves essential.. there supposed to be protecting and serving us..tell go fight this virus and stay the hell out of your buisness..

Like · Reply · 3w

**Urriah King** Your experience will seem like a kiss and hug compared to things soon coming....There's nothing new under the sun....New World Order written plainly on our dollar bill which kiss dirty coins and cash goodbye...Welcome world Citizens here's your Color...Anyone thinking the Hunger games is fiction or neglected the Scriptures, and what John prophesied about. The seeing of many great visions well in exile on the island of Patmos as a old man regarding the latter time..It's written clearly in the Book of Revelation....

Like · Reply · 2w                                                    1

**Cori Goudreau** What's the judge's name that ordered the takedown of the post? I really want to know.

Like · Reply · 2w

   **Michael Radke** Cori Goudreau a rogue sheriff, not a judge

   Like · Reply · 2w

   **Rick Cohoon** Cori Goudreau no judge involved.
   It was a mutual decision between the school administrator
   and the Sheriff to demand the post be removed and threaten
   jail if the demand was denied.

   Like · Reply · 2w · Edited

   **Stacy Sears** Rick Cohoon send it to me I'll post it

   Like · Reply · 2w

   Write a reply...
   Press Enter to post.

**Rick Wright** Do not back down

Like · Reply · 2w                                2

**Marie Clark** https://www.channel3000.com/teenager-allegedly.../

SHERIF    CHANNEL3000.COM
          Teenager allegedly threatened with jail
          over COVID-19 posts

Like · Reply · 2w                                                    1

Search                                             Jen    Home    Find Friends    Create

other news and media reports also.

Like · Reply · 2w                                           1

Write a reply...
Press Enter to post.

**Tereasa Canterbury** If no judge was involved then why in the hell
listen to them

Like · Reply · 2w                                           2

**Stacy Sears** How about HIPPA they have no idea and u have proof
the hospital is not allowed to tell them unless they had a warrant

Like · Reply · 2w                                           2

**Brian Alwin** Some of these comments are rather interesting! I cant
wait for the NWO!!!

Like · Reply · 2w                                           1

**David Vickerman** Shared

Like · Reply · 2w

**Rick Cohoon** Update as of today for everyone.

https://www.will-law.org/will-sues-marquette-county.../

WILL-LAW.ORG
**WILL Sues Marquette County Sheriff for
Free Speech Violation - Wisconsin...**

Like · Reply · 6d                                           2

**Rick Cohoon** Milwaukee Journal coverage

https://www.jsonline.com/.../coronavirus.../5145087002/

JSONLINE.COM
**Sheriff threatened to jail teen's family if
she did not delete Instagram posts...**

Like · Reply · 6d

**Rick Cohoon** News article/coverage from WKOW Channel 27
Madison will be shared with their affiliate stations as well

https://wkow.com/.../marquette-county-teen-sues-sheriff.../

WKOW.COM
**Marquette County teen sues sheriff who
ordered her to delete Instagram post**

Like · Reply · 6d                                           1

**Lauren Clodin** Mr. Cohoon, your situation is finally garnering
national attention. I found your story on www.drudgereport.com. This
site has 30+ million visits per day.

DRUDGEREPORT.COM
**DRUDGE REPORT 2020®**

Like · Reply · 5d                                           1

**Lauren Clodin** Also, whomever controls the Marquette sheriff's dept
Facebook page appears to be deleting comments critical of the
Sheriffs actions against your daughter,( to include mine). So pathetic
and disgusting.

Like · Reply · 5d                                           3

Search

Jen     Home     Find Friends     Create

well.... have screen shots of quite a few less then favorable comments about the Sheriff.

Like · Reply · 5d                                                    2

**Lauren Clodin** It sure is scary to see a Sheriff attempt to silence us. This should be something we could only read about in history books.

Like · Reply · 5d                                                    3

**Rick Cohoon** Lauren Clodin it Doesnt help any that the Sheriffs attorney is bold face LYING to the public thru News articles at Channel 3000 and Fox news stating no one was threatened with arrest.
Hestrying to minimize damage to the Sheriff and the dept publicly via the media statements knowing they dont have a copy of sheriffs report that states differently.
Also noticeable in the sheriffs attorney statement is void in mentioning the threat of being cited for disorderly conduct... he is being very careful and not addressing the disorderly conduct citation threats

Like · Reply · 5d

**Chris Ramseyer** If Trump can't delete comments on Twitter due to free speech and government accounts then they can't either. Keep tacking on for the suit.

Like · Reply · 4d                                                    2

Write a reply...

Press Enter to post.

**Rick Cohoon** This is an interview with our attorney on Sunny 97.7 radio from Friday 4/17/20 regarding Amyiahs lawsuit filed against Marquette Co Sheriff. The federal lawsuit was actually filed Thursday

https://m.soundcloud.com/radioplusaudio/luke-berg...

SOUNDCLOUD.COM
Luke Berg

Like · Reply · 5d                                                    1

**Charles Thomas Morton** COHOON vs DEPT makes them look like idiots and violating your rights while becoming a "second amended sanctuary county".. They should have apologized and move on since their ignorance of the science and false negatives.

Like · Reply · 5d                                                    2

**Rick Cohoon**
https://twitter.com/Connect.../status/1251204977600520193...

TWITTER.COM
Connected Marines on Twitter

Like · Reply · 4d

**Robert Blake** Sounds like a sheriff dept. that is hoping for a order to start a police state.

Like · Reply · 4d · Edited                                              1

**Jen Allred** Good for you!!

Like · Reply · 3d                    1

**Rick Cohoon** https://m.youtube.com/watch?v=N39OMhmK7EM

Search                                         Jen    Home    Find Friends    Create


Arrest Your Family Over Instagram
Post?! Ep. 6.431

Like · Reply · 3d                                                      1

 **Geri Ann Cayer** Rick Cohoon this says it all!!
My husband gets home tonight and our daughter asks him if
he heard about this whole thing. He said that he heard that
she lied about all for attention. There was also another roomer
going around that she got caught stealing while she was at
Disney. I don't know anything about that, but the
superintendent is telling all of these parents that she is a lier
and was looking for attention. I hope you take them for all
they're worth. I would make it so that the judge rules that they
have to go public, on tv and apologized to you and your
daughter and to the people for lying to them in return started
spreading bad, untruthful things.

Like · Reply · 1d                                                      1

 **Rick Cohoon** She accidentally stepped outside a retail shop
with an item to show another student for a second as she
headed back to register to pay for it an employee intervened
because she passed the register/sales point. It's been
handled and she was not charged with theft or anything.
She just got excited about showing an item to someone and
didnt realize he stepped just outside the entry mark of the
store. It was an indoor retail strip of stores at universal
studios.
We will be dealing with the school with another attorney after
we are done with lawsuit against the Sheriff.
The Sheriff is going to cost the county 100's of thousands of
dollars in tax payer money for attorney fees when this is over.
We are not suing for $... we are suing for a ruling against the
Sheriff, unfortunately he drug his deputy into this.
Marquette Co needs to find a new Sheriff when this is over.

Like · Reply · 1d                                                      1

Write a reply...
Press Enter to post.

 **Mary Opperman** Please make sure you get a good attorney. DPI is
tough to go up against. And I really hope you went well outside your
county to get your attorney. I support you all the way. At the very
least I hope you are awarded something monetary to covers your
expenses and I public apology.

Like · Reply · 1d                                                      2

 **Mary Opperman** And get a public apology from the principal/district
as well as revamping policies in the district. Let us also remind
people, a minor is the center of this.

Like · Reply · 1d                                                      3

 **Jayne Martin** I'm glad to see you fighting back!! This sounds like the
extreme of bullying- best of luck!!

Like · Reply · 1d                                                      1

 **Kelsey Borchers** Be sure to record phone conversations as well.
Wisconsin is a one party consent state to authorize phone
recordings/conversations!

Like · Reply · 1d                                                      1

 **Rick Cohoon** Kelsey Borchers we dont have to worry about
contact with either... neither the Sheriff nor the school will call
us now. They have to contact our attorney's.

Like · Reply · 1d                                                      1

 **Kelsey Borchers** Rick Cohoon yeah I didn't realize attorneys
were contacted already before making the comment. Good
luck with everything!

Like · Reply · 1d                                                      1

Search                                                    Jen    Home    Find Friends    Create

**Nichole Murphy** Joel Ferch

Like · Reply · 1d

Write a comment...

Press Enter to post.