UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMYIAH COHOON, a minor, by and through her parents and legal guardians, RICHARD COHOON and ANGELA COHOON

    Plaintiff,

v.                                                                                            Case No. 20-CV-620

JOSEPH KONRATH, in his personal and official capacity as Sheriff of Marquette County, Wisconsin; and

CAMERON KLUMP, in his personal and official capacity as Patrol Sergeant for the Marquette County Sheriff's Office,

    Defendant.

## JOINT MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF HER PRELIMINARY INJUNCTION MOTION

The parties hereby jointly move, pursuant to Fed. R. Civ. P. 6(b), for a 7-day extension of Plaintiff's deadline to file a reply in support of her preliminary injunction motion, which is currently due on Friday, May 8, making the new deadline Friday, May 15. The parties are currently discussing a potential settlement of this case and believe that the requested extension will give them sufficient time to determine whether a settlement can be reached. Further grounds for this motion are set forth below:

    1.    Plaintiff filed the complaint and a temporary injunction motion on April 16.

    2.    On April 24, Defendants filed a motion for summary judgment and a response to Plaintiff's motion for a preliminary injunction.

3. Plaintiff's reply in support of her temporary injunction motion is currently due on May 8, per Civ. L. R. 7(c).

4. The parties are currently discussing settlement, and, based on those discussions, believe that settlement discussions will be resolved one way or another within the next week.

5. Therefore, the parties jointly request a 7-day extension of Plaintiff's deadline to file a reply in support of her preliminary injunction motion to complete settlement discussions.

6. Pursuant to Civ. L. R. 7(a)(2), counsel for the parties certify that no further memorandum or supporting papers will be filed in support of this motion.

Dated: May 7, 2020

    Respectfully submitted,

    WISCONSIN INSTITUTE FOR LAW & LIBERTY

    Rick Esenberg (SBN 1005622)
    (414) 727-6367 | rick@will-law.org

    /s/ Luke N. Berg
    Luke N. Berg (SBN 1095644)
    (414) 727-736 | luke@will-law.org

    Anthony F. LoCoco (SBN 1101773)
    (414) 727-7419 | alococo@will-law.org

    Lucas T. Vebber (SBN 1067543)
    (414) 727-7415 | lucas@will-law.org

    330 E. Kilbourn Ave., Suite 725
    Milwaukee, WI 53202
    Phone: (414) 727-9455
    Fax: (414)727-6385

    *Attorneys for Plaintiff*

    /s/ Sara C. Mills
    SAMUEL C. HALL, JR.
    State Bar No.: 1045476

SARA C. MILLS
State Bar No.: 1029470
CRIVELLO CARLSON, S.C.
710 N. Plankinton Avenue
Milwaukee, WI 53203
Telephone: 414.271.7722
Fax: 414.271.4438
shall@crivellocarlson.com
smills@crivellocarlson.com

*Attorneys for Defendants*