UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMYIAH COHOON, a minor, by and through her parents and legal guardians, RICHARD COHOON and ANGELA COHOON,

    Plaintiff,

v.

JOSEPH KONRATH, in his personal and official capacity as Sheriff of Marquette County, Wisconsin, and

CAMERON KLUMP, in his personal and official capacity as Patrol Sergeant for the Marquette County Sheriff's Office,

    Defendants.

Case No. 20-CV-620

## NOTICE OF WITHDRAWAL OF COUNSEL OF ATTORNEY LUCAS T. VEBBER

    Please take notice that Attorney Lucas T. Vebber withdraws as counsel for Plaintiff Amyiah Cohoon in this case. I have accepted a new job and am no longer employed by the Wisconsin Institute for Law & Liberty.

    Plaintiff will continue to be represented by Attorneys Richard M. Esenberg and Luke N. Berg of the firm Wisconsin Institute for Law & Liberty.

    Dated: November 13, 2020.

                              Respectfully submitted,

                              /s/ Lucas T. Vebber
                              Lucas T. Vebber (SBN 1067543)
                              Direct: (608) 405-2243 | E-mail: lvebber@wmc.org

                              501 E. Washington Ave.
                              Madison, WI 53703
                              Phone: (608) 258-3400 | Fax: (608) 258-3413