# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

<u>Court Minutes</u>

| | |
|---|---|
| HEARING DATE: | September 9, 2021 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 20-cv-0620-bhl |
| CASE NAME: | Cohoon v. Konrath, et al. |
| MATTER: | Status Conference |
| APPEARANCES: | Luke N. Berg, Attorney for Plaintiff |
| | Samuel C. Hall, Jr. and Sara C. Mills, Attorneys for Defendants |
| TIME: | 10:41 a.m. - 11:29 a.m. |
| COURTROOM DEPUTY: | Kris B. |

**AUDIO OF THIS HEARING IS AT ECF NO. 40**

Counsel for the parties reported on the status of the case and their opinions as to how the case should proceed. The Court took under advisement the long-pending motions for preliminary injunction and summary judgment.