UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMYIAH COHOON,

        Plaintiff,

v.

JOSEPH R KONRATH,
CAMERON KLUMP,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 20-cv-0620-bhl

☒ **Decision by Court.** This case came before the court, the Court has decided the issues, and the Court has rendered a decision.

**IT IS HEREBY ORDERED AND ADJUDGED** that declaratory judgment is entered that Amyiah Cohoon's Instagram posts were speech protected by the First Amendment, and that Defendants' threats to cite, arrest, or jail Amyiah or her parents for disorderly conduct if Amyiah did not remove her posts violated her First Amendment rights.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff recover nominal damages from the defendants.

**IT IS FURTHER ORDERED AND ADJUDGED** that all other relief is denied.

Approved:      s/ *Brett H. Ludwig*
                             BRETT H. LUDWIG
                             United States District Judge

Dated: September 24, 2021

                             GINA M. COLLETTI
                             Clerk of Court

                             s/ *Kristine B.*
                             (By) Deputy Clerk