UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMYIAH COHOON, a minor, by and through her parents
and legal guardians, RICHARD COHOON and ANGELA
COHOON

      Plaintiff,

v.                                                 Case No. 20-CV-620

JOSEPH KONRATH, in his personal and official capacity
as Sheriff of Marquette County, Wisconsin; and

CAMERON KLUMP, in his personal and official capacity
as Patrol Sergeant for the Marquette County Sheriff's
Office,

      Defendants

## FIFTH JOINT MOTION FOR EXTENSION OF PLAINTIFF'S DEADLINE TO MOVE FOR FEES AND COSTS

      Plaintiff and Defendants hereby jointly move, pursuant to Fed. R. Civ. P. 6(b), for a fifth extension of Plaintiff's deadline to file a motion for fees and costs, until December 23, 2021.

      1.      On September 24, this Court issued an order granting Plaintiff's summary judgment motion, and that same day entered judgment. Dkts. 42, 43.

      2.      Pursuant to Federal Rule of Civil Procedure 54(d), Plaintiff ordinarily has two weeks to file a motion for attorney's fees and costs.

      3.      The parties requested, and this Court granted, four extensions of that deadline while the parties negotiated a settlement regarding attorney's fees. The current deadline is December 10.

      4.      The parties have reached an agreement, and have nearly finalized and formalized it, but are still waiting on a third party for the final step, which has taken longer than anticipated.

They expect this to be completed next week, and for this to be the final extension motion. Accordingly, they request one more two-week extension, until December 23.

5. Pursuant to Civ. L. R. 7(a)(2), counsel for the parties certify that no further memorandum or supporting papers will be filed in support of this motion.

Dated: December 9, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Luke N. Berg | /s/ Samuel C. Hall, Jr. |
| LUKE N. BERG (SBN 1095644) | SAMUEL C. HALL, JR. |
| (414) 727-736 \| luke@will-law.org | State Bar No.: 1045476 |
| | |
| RICK ESENBERG (SBN 1005622) | SARA C. MILLS |
| (414) 727-6367 \| rick@will-law.org | State Bar No.: 1029470 |
| | |
| ANTHONY F. LOCOCO (SBN 1101773) | CRIVELLO CARLSON, S.C. |
| (414) 727-7419 \| alococo@will-law.org | 710 N. Plankinton Avenue |
| | Milwaukee, WI 53203 |
| LUCAS T. VEBBER (SBN 1067543) | Telephone: 414.271.7722 |
| (414) 727-7415 \| lucas@will-law.org | Fax: 414.271.4438 |
| | Email: shall@crivellocarlson.com |
| WISCONSIN INSTITUTE FOR LAW & LIBERTY | smills@crivellocarlson.com |
| 330 E. Kilbourn Ave., Suite 725 | |
| Milwaukee, WI 53202 | *Attorneys for Defendants* |
| Phone: (414) 727-9455 | |
| Fax: (414)727-6385 | |
| | |
| *Attorneys for Plaintiff* | |